Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re: David W. Lebsock, Cheryl R. Lebsock, Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 1, 2022**

/s/ **David W. Lebsock**
David W. Lebsock
Signature of Debtor

Date: **February 1, 2022**

/s/ **Cheryl R. Lebsock**
Cheryl R. Lebsock
Signature of Debtor

R.W. Specialisties, LLC
9000 E. 96th Avenue
Henderson, CO 80640


21st Century Equipment, LLC
1901 Link 17J
Sidney, NE 69162


59 Investments, LLC
10172 Road 82
Bridgeport, NE 69336


Advanced Drainage Systems, Inc.
P.O. Box 414044
Boston, MA 02241


Ag Teck Repair, Inc.
P.O. Box 629
Sterling, CO 80751


Agfinity, Inc.
4065 St. Cloud Drive
Suite 100
Loveland, CO 80538


Alliance Funding Group
c/o Harry L. Simon, Esq.
10200 E. Girard Ave.
Building B, Suite 120
Denver, CO 80231


Allo Communications
610 Broadway
Imperial, NE 69033


American National Bank
8004 S. 84th Street
La Vista, NE 68128

Amerigas Propane LP
P.O. Box 660288
Dallas, TX 75266


Ascentium Capital, LLC
c/o John H. Bernstein, Esq.
Kutak Rock LLP
1801 Caliifornia St., Suite 3000
Denver, CO 80202


Bank of Colorado
131 West Main Street
Sterling, CO 80751


Bank of Colorado
131 W. Main Street
Sterling, CO 80751


Bank of the West
c/o Douglas Brown, Esq.
2000 S. Colorado Blvd.
Tower 2, Suite 700
Denver, CO 80222


Better Electric, Inc.
P.O. Box 267
Sterling, CO 80751


BFG Corporation
dba Byline Financial Group
c/o Allan S. Massey, Esq.
125 S. Howes St., Suite 1100
Fort Collins, CO 80521


Big D, LLC
17566 CR 30
Sterling, CO 80751

```
BKD CPAs & Advisors
1801 California Street
Suite 2900
Denver, CO 80202



BNSF Railway Company
3110 Solutions Center
Chicago, IL 60677



Botanacor Laboratories, LLC
1301 S. Jason
Unit K
Denver, CO 80223



Botanix Equities, LLC
399 Knollwood Rd., Suite 318
White Plains, NY 10603



Bradley Lebsock
106 Juniper Drive
Sterling, CO 80751



Brandon Lebsock
33991 N. Casey Lane
Queen Creek, AZ 85142



Bryn Mawr Equipment Finance
c/o Keith N. Renaldo, Esq.
218 N. Church St., Suite E
West Chester, PA 19380



Builders Aggregate Co.
510 Dahlia St.
Fort Morgan, CO 80701
```

C2C Resources, LLC
Coyote A UPS Company
56 Perimeter Center East
Suite 100
Atlanta, GA 30346


Cargill Animal Nutrition
P.O. Box 842621
Dallas, TX 75284


Century Link
P.O. Box 91155
Seattle, WA 98111-9255


CenturyLink
P.O. Box 91155
Seattle, WA 98111-9255


Chamberlain Concrete
P.O. Box 425
Wray, CO 80758


Chamberlain's, LLC
P.O. Box 831
Sterling, CO 80751


Chase
P.O. Box 182055
Columbus, OH 43218


CHS
P.O. Box 1007
Sterling, CO 80751


CHS M&M Cooperative
P.O. Box 184
Yuma, CO 80759-0184

Cintas Corporation
523 10th Street
Greeley, CO 80631


CIT Group, Inc.
155 Commerce Way
Portsmouth, NH 03801


City of Fort Morgan
710 E. Railroad
Fort Morgan, CO 80701


City of Sterling
P.O. Box 4000
421 N. 4th Street
Sterling, CO 80751


Citywide Banks
c/o I.C. System, Inc.
8310 S. Valley Highway
Suite 300
Englewood, CO 80112


Colorado Department of Revenue
1375 Sherman Street
Room 504
Denver, CO 80261


Colorado Narfe News
Publication HQ
P.O. Box 1841
Saint Charles, MO 63302


Contrast Energy, LLC
c/o Ryan A. Ray, OBA
3200 Mid-Continent Tower
401 S. Boston Avenue
Tulsa, OK 74103

Cranmore Fire Protection
17460 CR 36
Julesburg, CO 80737


Culligan Water
300 W. Railroad Ave.
Fort Morgan, CO 80701


Dave Lebsock, LLC
dba Mr. D's Ace Home Center
17566 CR 30
Sterling, CO 80751


DexYP
P.O. Box 78041
Phoenix, AZ 85062


Erker Grain Company
16436 County Road 18.5
Fort Morgan, CO 80701


Farm Credit Services of America
Credit & Resolutions
P.O. Box 2409
Omaha, NE 68103


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250


Gerkin Windows & Doors
P.O. Box 3203
Sioux City, IA 51102


Goldman, Evans & Trammell, LLC
10323 Cross Creek Blvd., #F
Tampa, FL 33647

Great Copier Service
430 Ensign Street
Fort Morgan, CO 80701


Great Western Tire Corporate
319 E. Front
Oakley, KS 67748


GreatAmerica Financial Services
c/o Christopher K. Loftus, Esq.
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401


Hastings Equity Manufacturing
1900 Summit Ave.
P.O. Box 1007
Hastings, NE 68901


Herc Rentals
c/o BQ & Associates, P.O., L.L.O.
7900 E. Union Ave.
Suite 1100
Denver, CO 80237


Highline Electric Association
1300 S. Interocean
Holyoke, CO 80734


Home Bound Properties, LLC
106 Juniper Dr.
Sterling, CO 80751


Integro, LLC
c/o Timothy J. Dolan
2915 SR 590, Suite 15
Clearwater, FL 33759

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jaeger Enterprises, LLC
25101 CR 7
Merino, CO 80741


Justin Boot
P.O. Box 99188
Fort Worth, TX 76199


KLM Products Group
P.O. Box 205
Scottsbluff, NE 69361


Kuskie Oil
P.O. Box 207
Crook, CO 80726


L7 Ag, LLC
17408 Hwy 14
Sterling, CO 80751


L7 BG, LLC
17566 CR 30
Sterling, CO 80751


L7 FM Elevator, LLC
113 Ensign Street
Fort Morgan, CO 80701


L7 Golf, LLC
17566 CR 30
Sterling, CO 80751

L7 Grain, LLC
113 Ensign Street
Fort Morgan, CO 80701


L7 Holdings, LLC
17566 CR 30
Sterling, CO 80751


L7 Trading, LLC
113 Ensign St.
Fort Morgan, CO 80701


Lebsock 1350 West Main, LLC
113 Ensign Street
Fort Morgan, CO 80701


Lebsock 200 Hays, LLC
17566 CR 30
Sterling, CO 80751


Lebsock 7, LLLP
Attn  Brad Lebsock
17282 County Rd 32
Sterling, CO 80751


Lebsock Farms, LLC
17566 CR 30
Sterling, CO 80751


Logan County Treasurer
315 Main Street
Sterling, CO 80751


Lori C. Hulbert, Esq.
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, CO 80210

Lori C. Hulbert, Esq.
326 Main Street
Sterling, CO 80751


m2 Equipment Finance, LLC
fka m2 Lease Funds, LLC
175 N. Patrick Blvd.
Brookfield, WI 53045


Masterbrand Cabinets, Inc.
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188


Matheson Tri Gas
909 Lake Carolyn Parkway
Suite 1300
Irving, TX 75039


Media Logic Radio
P.O. Box 430
Fort Morgan, CO 80701


Merchants Metals, Inc.
c/o Scott and Goldman
980 Birmingham Rd., Suite 501-154
Milton, GA 30004


Mid-America Truck Equipment, Inc.
1165 South 81 Highway
P.O. Box 217
Belleville, KS 66935


Montana Silversmiths
1 Sterling Lane
P.O. Box 839
Columbus, MT 59019

Morgan County Quality Water
P.O. Box 1218
Fort Morgan, CO 80701


Morgan County REA
P.O. Box 738
Fort Morgan, CO 80701


Mr. Breaker Company
3423 W. 1st Avenue
Denver, CO 80219


Nelson Wholesale Service
P.O. Box 370
Brownwood, TX 76804


Newco Inc.
619 6th Avenue
Greeley, CO 80631


Northeast AG Investments, LLC
106 Juniper Dr.
Sterling, CO 80751


Northeast Colorado Broadcasting
P.O. Box 917
Fort Morgan, CO 80701


Northern Directory Publishing
P.O. Box 2367
Great Falls, MT 59403


Northland Capital Financial Services
c/o Harry L. Simon, Esq.
10200 E. Girard Avenue
Building B, Suite 120
Denver, CO 80231

Northwestern Railroad Construction, Inc.
7480 Johnson Drive
Longmont, CO 80504


Nutrien AG Solutions, Inc.
c/o Michael Payne, Esq.
1711 61st Avenue, Suite 100
Greeley, CO 80634


Parr Brown Gee & Loveless, P.C.
P.O. Box 11019
Salt Lake City, UT 84147


Pattlen Enterprises, Inc.
c/o Alexander Wright, Esq.
111 Main Street
P.O. Box 884
Sterling, CO 80751


Pawnee Leasing Corporation
c/o Harry L. Simon, Esq.
10200 E. Girard Avenue
Building B, Suite 120
Denver, CO 80231


Pepsi-Cola
P.O. Box 841828
Dallas, TX 75284


Perfection Door Company
315 N. Front St.
P.O. Box 1498
Sterling, CO 80751


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Plains Irrigation Company, Inc.
P.O. Box 1150
252 E. Chestnut Street
Sterling, CO 80751


Prairie Mountain Media
P.O. Box 8008
Willoughby, OH 44096


Presto-X
800 W. Lincolnway
Cheyenne, WY 82001


Presto-X
c/o GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043


Pro Institutional
formerly SupplyWorks
P.O. Box 2317
Jacksonville, FL 32203


Purina Animal Nutrition, Inc.
c/o D&S, Ltd.
13809 Research Blvd., Suite 800
Austin, TX 78750


Rock River Laboratory, Inc.
P.O. Box 169
Watertown, WI 53094


Rosie's, LLC
17566 CR 30
Sterling, CO 80751

Sailsbery Supply Co.
119 S. Main Street
P.O. Box 887
Fort Morgan, CO 80701


Sandhills Publishing
c/o Receivables Control Corp.
Attn   Lily Gray
7373 Kirkwood Ct., Suite 200
Minneapolis, MN 55369


SPS Companies, Inc.
6363 State Hwy 7
Saint Louis Park, MN 55416


Stearns Bank
500 13th Street
P.O. Box 750
Albany, MN 56307


Sunflower Bank
3025 Cortland Cr.
Salina, KS 67401


Tandem Finance
3801 Automation Way
Suite 207
Fort Collins, CO 80525


Taylor Implement Co., Inc.
451 W. US Highway 24
Hoxie, KS 67740


Territorial Bank of America Samoa
c/o Jaren Nichole Wieland, Esq.
512 W. Idaho St.
Suite 103
Boise, ID 83702

The Biomass Fund, LLC
399 Knollwood Rd., Suite 318
White Plains, NY 10603


The Fence Post
1501 5th Avenue
Suite 101
Belle Fourche, SD 57717


The Galinn Fund, LLC
399 Knollwood Road
Suite 318
White Plains, NY 10603


TimePayment
200 Summit Dr.
Suite 100
Burlington, MA 01803


TundraFMP
P.O. Box 74007307
Chicago, IL 60674


UPS
P.O. Box 809488
Chicago, IL 60680


US Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


Viaero Wireless
1224 W. Platte Avenue
Fort Morgan, CO 80701


Western States Bank
c/o Richard Beller, Esq.
1000 Centre Avenue, Suite 150
Fort Collins, CO 80526

Wiggins Electric
P.O. Box 26
Wiggins, CO 80654


Wolfe Waste, LLC
P.O. Box 279
Wiggins, CO 80654


Wright Law Firm, LLC
Attn  Alexander Wright
111 Main Street
P.O. Box 884
Sterling, CO 80751


Yellow Pages United
P.O. Box 50038
Jacksonville Beach, FL 32240