Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1319 | | | Pay Period: 08/01/2021 - 08/14/2021 | Pay Date: 08/20/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 1,846.15 | 1,846.15 | Checking - ******6671 | 1,544.92 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -90.00 | -90.00 | | |
| Social Security Employee | | | -114.46 | -114.46 | | |
| Medicare Employee | | | -26.77 | -26.77 | | |
| CO - Withholding | | | -70.00 | -70.00 | | |
| | | | -301.23 | -301.23 | | |
| **Net Pay** | | | 1,544.92 | 1,544.92 | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1324 | | Pay Period: 08/15/2021 - 08/28/2021 | Pay Date: 09/03/2021 |
|---|---|---|---|---|---|

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 1,846.15 | 3,692.30 | Checking - ******6671 | 1,544.92 |
| Taxes | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -90.00 | -180.00 | | |
| Social Security Employee | | | -114.46 | -228.92 | | |
| Medicare Employee | | | -26.77 | -53.54 | | |
| CO - Withholding | | | -70.00 | -140.00 | | |
| | | | -301.23 | -602.46 | | |
| Net Pay | | | 1,544.92 | 3,089.84 | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

---

| Employee Pay Stub | | | Check number: DD1329 | | Pay Period: 08/29/2021 - 09/11/2021 | Pay Date: 09/17/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 6,576.92 | Checking - ******6671 | 2,331.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -395.00 | | |
| Social Security Employee | | | -178.85 | -407.77 | | |
| Medicare Employee | | | -41.83 | -95.37 | | |
| CO - Withholding | | | -117.00 | -257.00 | | |
| | | | -552.68 | -1,155.14 | | |
| **Net Pay** | | | 2,331.94 | 5,421.78 | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1335 | | | Pay Period: 09/12/2021 - 09/25/2021 | Pay Date: 10/01/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 9,461.54 | Checking - ******6671 | 2,331.95 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -610.00 | | |
| Social Security Employee | | | -178.85 | -586.62 | | |
| Medicare Employee | | | -41.82 | -137.19 | | |
| CO - Withholding | | | -117.00 | -374.00 | | |
| | | | -552.67 | -1,707.81 | | |
| **Net Pay** | | | **2,331.95** | **7,753.73** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | | Check number: DD1340 | | Pay Period: 09/26/2021 - 10/09/2021 | Pay Date: 10/15/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 12,346.16 | Checking - ******6671 | 2,331.95 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -825.00 | | |
| Social Security Employee | | | -178.84 | -765.46 | | |
| Medicare Employee | | | -41.83 | -179.02 | | |
| CO - Withholding | | | -117.00 | -491.00 | | |
| | | | -552.67 | -2,260.48 | | |
| **Net Pay** | | | **2,331.95** | **10,085.68** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1344 | | | Pay Period: 10/10/2021 - 10/23/2021 | Pay Date: 10/29/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 15,230.78 | Checking - ******8671 | 2,331.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -1,040.00 | | |
| Social Security Employee | | | -178.85 | -944.31 | | |
| Medicare Employee | | | -41.83 | -220.85 | | |
| CO - Withholding | | | -117.00 | -608.00 | | |
| | | | -552.68 | -2,813.16 | | |
| **Net Pay** | | | **2,331.94** | **12,417.62** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1348 | | | Pay Period: 10/24/2021 - 11/06/2021 | Pay Date: 11/12/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 18,115.40 | Checking - ******6671 | 2,331.96 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -1,255.00 | | |
| Social Security Employee | | | -178.84 | -1,123.15 | | |
| Medicare Employee | | | -41.82 | -262.67 | | |
| CO - Withholding | | | -117.00 | -725.00 | | |
| | | | -552.66 | -3,365.82 | | |
| **Net Pay** | | | **2,331.96** | **14,749.58** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1352 | | | Pay Period: 11/07/2021 - 11/20/2021 | Pay Date: 11/26/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 21,000.02 | Checking - ******6671 | 2,331.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -1,470.00 | | |
| Social Security Employee | | | -178.85 | -1,302.00 | | |
| Medicare Employee | | | -41.83 | -304.50 | | |
| CO - Withholding | | | -117.00 | -842.00 | | |
| | | | -552.68 | -3,918.50 | | |
| **Net Pay** | | | 2,331.94 | 17,081.52 | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1356 | | | Pay Period: 11/21/2021 - 12/04/2021 | Pay Date: 12/10/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 23,884.64 | Checking - ******6671 | 2,331.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -1,685.00 | | |
| Social Security Employee | | | -178.85 | -1,480.85 | | |
| Medicare Employee | | | -41.83 | -346.33 | | |
| CO - Withholding | | | -117.00 | -959.00 | | |
| | | | -552.68 | -4,471.18 | | |
| **Net Pay** | | | **2,331.94** | **19,413.46** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1360 | | | | Pay Period: 12/05/2021 - 12/18/2021 | Pay Date: 12/24/2021 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 26,769.26 | Checking - ******6671 | 2,331.96 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -215.00 | -1,900.00 | | |
| Social Security Employee | | | -178.84 | -1,659.69 | | |
| Medicare Employee | | | -41.82 | -388.15 | | |
| CO - Withholding | | | -117.00 | -1,076.00 | | |
| | | | -552.66 | -5,023.84 | | |
| **Net Pay** | | | 2,331.96 | 21,745.42 | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1364 | | | | Pay Period: 12/19/2021 - 01/01/2022 | Pay Date: 01/07/2022 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 2,884.62 | Checking - ******6671 | 2,335.94 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -211.00 | -211.00 | | |
| Social Security Employee | | | -178.85 | -178.85 | | |
| Medicare Employee | | | -41.83 | -41.83 | | |
| CO - Withholding | | | -117.00 | -117.00 | | |
| | | | -548.68 | -548.68 | | |
| **Net Pay** | | | **2,335.94** | **2,335.94** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751

Big D, LLC
17566 C R 30
Sterling CO, 80751

David Lebsock
17566 CR 30
Sterling, CO 80751

Direct Deposit

| Employee Pay Stub | | Check number: DD1368 | | | Pay Period: 01/02/2022 - 01/15/2022 | Pay Date: 01/21/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| David Lebsock, 17566 CR 30, Sterling, CO 80751 | | | | | ***-**-4858 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 2,884.62 | 5,769.24 | Checking - ******6671 | 2,335.96 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -211.00 | -422.00 | | |
| Social Security Employee | | | -178.84 | -357.69 | | |
| Medicare Employee | | | -41.82 | -83.65 | | |
| CO - Withholding | | | -117.00 | -234.00 | | |
| | | | -548.66 | -1,097.34 | | |
| **Net Pay** | | | **2,335.96** | **4,671.90** | | |

Big D, LLC, 17566 C R 30, Sterling CO, 80751