**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **22-10322 TBM** |

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $2,335.94 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number *(if known)*  **22-10322 TBM**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | ■ Wages, commissions, bonuses, tips | $27,799.07 | ■ Wages, commissions, bonuses, tips | $12,355.09 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $5,596.68 | ■ Wages, commissions, bonuses, tips | $29,599.96 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2021 )** | Rental Income | $19,600.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **The Galinn Fund, LLC**<br>**399 Knollwood Road**<br>**Suite 318**<br>**White Plains, NY 10603** | **8/19/21** | **$455,878.71** | **$12,750,000.00** | **Intercepted inheritance** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **L7 AG, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | **8/20/21** | **$25,000.00** | **$0.00** | **Retainer paid by Debtors personally on behalf of L7 AG, LLC to Brownstein Hyatt Farber Schreck** |
| **L7 Holdings, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **5/3/21** | **$15,000.00** | **$0.00** | **Retainer paid by Debtors personally on behalf of L7 Holdings, LLC to Kevin S. Neimann, Esq.** |

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Alliance Funding Group**<br>**vs.**<br>**L7 Grain, LLC; Lebsock Farms, LLC; L7 Holdings, LLC; David Lebsock; Bradley Lebsock; Lebsock Farms, LLC and David Lebsock, LLC**<br>**21CV30011** | **Collection on Notes** | **Logan County District Court**<br>**110  Riverview Rd.**<br>**Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Summary Judgment entered 10/14/21** |
| **Ally Bank**<br>**vs. L7 Ag, LLC; David Lebsock; et al.**<br>**2022CV030004** | **Collection** | **Logan County District Court**<br>**110 Riverview Road**<br>**Sterling, CO 80751** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | David W. Lebsock | | |
|---|---|---|---|
| Debtor 2 | Cheryl R. Lebsock | | Case number *(if known)* | **22-10322 TBM** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **American National Bank**<br>**vs.**<br>**David Lebsock, Cheryl Lebsock,**<br>**and L7 Ag, LLC**<br>**21CV30009** | **Collection** | Logan County District Court<br>110 Riverview Road<br>Sterling, CO 80751 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**3 vehicles sold at auction in 2021** |
| **Ascentium Capital, LLC**<br>**vs.**<br>**L7 Grain, LLC; Lebsock7, LLLP;**<br>**Bradley Lebsock; Cheryl Lebsock;**<br>**David Lebsock; Lindi McNabb; Ty**<br>**Lebsock; and Bobby  Lebsock**<br>**21CV30031** | **Collection** | Morgan County District Court<br>400 Warner Street<br>Fort Morgan, CO 80701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **AVT, L.P., a Utah Limited**<br>**Partnership**<br>**vs.**<br>**Lebsock7, LLLP; Bradley D.**<br>**Lebsock; David W. Lebsock; and**<br>**Cheryl R. Lebsock**<br>**20CV00753** | **Breach of contract** | Utah District Court, Central Division<br>351 South West Temple Street<br>Salt Lake City, UT 84101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bank of Colorado**<br>**vs.**<br>**David Lebsock, LLC; Lebsock**<br>**Farms, LLC; Rosie's, LLC; Lebsock**<br>**200 Hays, LLC; L7Holdings, LLC;**<br>**L7 Trading, LLC; David Wade**<br>**Lebsock; Cheryl Rose Lebsock;**<br>**Lebsock 1350 West Main, LLC;**<br>**Lebsock 7 LLLP; L7 Golf, LLC; L7**<br>**BG, LLC; L7 Grain, LLC; Bid D,**<br>**LLC; Erker Grain Company, LLC;**<br>**NEC Ag Investments, LLC; Bradley**<br>**David Lebsock; L7 Ag, LLC;**<br>**Brandon W. Lebsock; Home Bound**<br>**Properties, LLC; Northest Ag**<br>**Investments, LLC; and L7 FM**<br>**Elevator, LLC.**<br>**2020CV30064** | **Receivership** | Logan County District Court<br>110 Riverview Road<br>Sterling, CO 80751 | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Receivership** |
| **Bank of Colorado**<br>**vs.**<br>**David Wade Lebsock, et al.**<br>**2021CV30391** | **Collection** | Logan County District Court<br>110 Riverview Road<br>Sterling, CO 80751 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreclosed on property** |
| **Bank of Colorado**<br>**vs.**<br>**David Wade Lebsock, et al.**<br>**2021CV30397** | **Collection** | Logan County District Court<br>110 Riverview Road<br>Sterling, CO 80751 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreclosed on real property** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bank of the West vs. L7 AG, LLC; Lebsock7, LLLP; David Wade Lebsock; and Bradley D. Websock 20CV30061** | **Collection** | **Logan County District Court 110 Riverview Road Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Summary Judgment entered 10/26/21** |
| **BFG Corp. d/b/a Byline Financial Group vs. L7 Grain, LLC; Lebsock Farms, LLC; L7 Holdings, LLC; David Lebsock, LLC; David Lebsock; and Bradley Lebsock 21CV30031** | **Collection** | **Logan County District Court 110 Riverview Road Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **Bryn Mawr Equipment Finance, Inc. vs. Dave Lebsock; Bradley Lebsock; David Lebsock, LLC; L7 Grain, LLC 2021-03229** | **Collection** | **Pennsylvania Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **Contrast Energy, LLC vs. Brad Lebsock; David Lebsock; Cheryl Lebsock; and Lebsock7, LLLP Unknown** | **Collection** | **Tulsa County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **GreatAmerica Financial Services Coporation vs. David Lebsock, LLC d/b/a Mr. D's Ace Home Center and David Lebsock LACV097201** | **Collection** | **Iowa District Court for Linn County** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |
| **HTO Holdings vs. Bradley Lebsock; David Wade Lebsock; Brandon Lebsock; L7 Grain, LLC; L7 Hemp, LLC; L7 Extractors, LLC; L7 Trading, LLC; L7 Ag, LLC; and Botanix Equities, LLC 21CV33613** | **Collection** | **Denver County Court 1437 Bannock Street Room 256 Denver, CO 80202** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed all defendants without prejudice but L7 Ag, LLC** |
| **Integro, LLC vs. David Lebsock, LLC; Lebsock 200 Hays, LLC; Rosie's, LLC; David W. Lebsock; and Cheryl R. Lebsock 2020CV30030** | **Collection** | **Logan County District Court 110 Riverview Road Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment** |

| Debtor 1 | David W. Lebsock | | |
|---|---|---|---|
| Debtor 2 | Cheryl R. Lebsock | | Case number *(if known)* | **22-10322 TBM** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **m2 Equipment Finance, LLC fka m2 Lease Funds, LLC**<br>**vs.**<br>**L7 Grain, LLC; David Lebsock, LLC; David W. Lebsock; and Bradley D. Lebsock**<br>**2021CV000178** | **Collection** | **Circuit Court, Waukesha County, WI** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Northland Capital Financial Services, Inc.**<br>**vs.**<br>**Lebsock Farms, LLC; David W. Lebsock; and Cheryl Lebsock**<br>**21CV30047** | **Collection** | **Logan County District Court**<br>**110 Riverview Road**<br>**Sterling, CO 80751** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Nutrien AG Solutions, Inc.**<br>**vs.**<br>**David W. Lebsock**<br>**21CV30029** | **Collection** | **Logan County District Court**<br>**110 Riverview Road**<br>**Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Summary Judgment** |
| **Pattlen Enterprises, Inc. dba L.L. Johnson Distributing Company**<br>**vs.**<br>**David Lebsock and Cheryl Lebsock**<br>**2020CV30946** | **Collection** | **Adams County District Court**<br>**1100 Judicial Center Drive**<br>**Brighton, CO 80601** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Stipulated Judgment** |
| **Pawnee Leasing Corporation**<br>**vs.**<br>**L7 Grain, LLC; David Lebsock aka Dave W. Lebsock; Bradley Lebsock; and David Lebsock, LLC**<br>**2021CV30036** | **Collection** | **Larimer County District Court**<br>**201 La Porte Avenue**<br>**Fort Collins, CO 80521** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Summary Judgment** |
| **The Galinn Fund, LLC**<br>**vs. David and Cheryl Lebsock**<br>**FC Sale No. 21-020** | **Foreclosure** | **Logan County Public Trustee**<br>**315 Main Street**<br>**Sterling, CO 80751** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Pending foreclosure on Debtors' residence** |
| **The Galinn Fund, LLC**<br>**vs.**<br>**Botanix Equities, LLC, et al.**<br>**2021CV030030** | **Collection** | **Logan County District Court**<br>**110 Riverview Road**<br>**Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **The Galinn Fund, LLC**<br>**vs.**<br>**David Lebsock, et al**<br>**2022CV030173** | **Collection** | **Denver  District Court**<br>**1437 Bannock Street**<br>**Room 281**<br>**Denver, CO 80202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Western States Bank**<br>**vs.**<br>**David Lebsock; Cheryl Lebsock; L7 AG, LLC; and Lebsock7, LLLP**<br>**21CV30055** | **Collection** | **Larimer County District Court**<br>**201 La Porte Avenue**<br>**Fort Collins, CO 80521** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Stipulated Judgment** |

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Wheatbelt, Inc.**<br>**vs.**<br>**David Lebsock, LLC and David W.**<br>**Lebsock**<br>**2021CV30038** | Collection | **Logan County District**<br>**Court**<br>**110 Riverview Road**<br>**Sterling, CO 80751** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **American National Bank**<br>**8004 S. 84th Street**<br>**La Vista, NE 68128** | **2019 Chevrolet Silverado (sold at auction on 4/28/21)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 4/28/21 | $50,000.00 |
| **Bank of Colorado**<br>**131 W. Main Street**<br>**Sterling, CO 80751** | **13479 CR 37**<br>**Sterling, CO  80751**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 5/12/21 | $400,000.00 |
| **Bank of Colorado**<br>**131 W. Main Street**<br>**Sterling, CO 80751** | **17010 CR 30**<br>**Sterling, CO  80751**<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 8/25/21 | $900,000.00 |
| **Bank of Colorado**<br>**131 W. Main Street**<br>**Sterling, CO 80751** | **Receivership - Most of the property in the receivership is owned by entities in which Debtors have an interest and Debtors are investigating whether any of the property of the Estate is subject to the receivership**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 1/5/21 | Unknown |

| Debtor 1 | David W. Lebsock | |
|---|---|---|
| Debtor 2 | Cheryl R. Lebsock | |
| | Case number *(if known)* | **22-10322 TBM** |

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **BFG Corporation**<br>**dba Byline Financial Group**<br>c/o Allan S. Massey, Esq.<br>125 S. Howes St., Suite 1100<br>Fort Collins, CO 80521 | **BFG garnished $3,380.59 from Debtor's bank account at Sterling Federal Credit Union on 1/5/22**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 1/5/22 | $3,380.59 |
| **Chase**<br>P.O. Box 182055<br>Columbus, OH 43218 | **2018 Chevrolet Suburban (sold at auction on 4/28/21)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 4/28/21 | $52,000.00 |
| **Farm Credit Services of America**<br>**Credit & Resolutions**<br>P.O. Box 2409<br>Omaha, NE 68103 | **Bale Wrapper, Forage Harvester, 2 Combines, Forage Box, and a Draper Head (sold at auction on 11/10/21)**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 11/10/21 | Unknown |
| **Integro, LLC**<br>c/o Timothy J. Dolan<br>2915 SR 590, Suite 15<br>Clearwater, FL 33759 | **Balance of Dave Lebsock's inheritance from his father in an account at Bank of Colorado was ordered to be turned over to Integro, LLC**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | January 2022 | $25,370.97 |
| **Stearns Bank**<br>500 13th Street<br>P.O. Box 750<br>Albany, MN 56307 | **2018 Norstar Ironbull Dump 16' Trailer; 2019 Doolittle UT12 Utility Trailer; 2018 Maxxd S3X10 Utility Trailer; 2019 Doolittle UT10 Utility Trailer; 2019 Maxey Trailer; 2019 Norstar 16' Ironbull Dump Trailer**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2021 | Unknown |
| **Western States Bank**<br>c/o Richard Beller, Esq.<br>1000 Centre Avenue, Suite 150<br>Fort Collins, CO 80526 | **2 Goeweill Balers and 2 Plant Tape Machines**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2021 | $1,520,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☐ No
   ☑ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☑ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☐ No
   ☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Hail Damage to Debtors' home and buildings on property** | **Joint check received requiring multiple endorsements as yet uncashed attributable to the hail damage to Debtors' home in the amount of $26,100.81** | **August 14, 2021** | **$26,100.81** |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number (*if known*) | **22-10322 TBM** |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Allen Vellone Wolf Helfrich & Factor, PC<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202** | **Retainer** | **1/3/22** | **$30,000.00** |
| **Onsager Fletcher Johnson<br>600 17th Street<br>Suite 425 North<br>Denver, CO 80202** | **Retainer** | **8/20/21** | **$25,000.00** |
| **Wright Law Firm, LLC<br>Attn:  Alexander Wright<br>111 Main Street<br>P.O. Box 884<br>Sterling, CO 80751** | **Retainer** | **8/20/21** | **$25,000.00** |
| **Brownstein Hyatt Farber Schreck<br>410 17th Street<br>22nd Floor<br>Denver, CO 80202** | **Retainer** | **8/20/21** | **$25,000.00** |
| **Kevin S. Neimann, Esq.<br>999 18th Street<br>Suite 12305<br>Denver, CO 80202** | **Retainer** | **5/3/21** | **$15,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **David W. Lebsock** |
|---|---|
| Debtor 2 | **Cheryl R. Lebsock** |

Case number (*if known*)   **22-10322 TBM**

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐  No
☑  Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of Colorado**<br>**131 W. Main Street**<br>**Sterling, CO 80751** | **XXXX-0321** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2021** | **$146.53** |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑  No
☐  Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑  No
☐  Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐  No
☑  Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Bradley Lebsock**<br>**106 Juniper Dr.**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2008 Ford F350 B&L Welding Flat Bed Truck** | **$20,000.00** |
| **Brandon Lebsock**<br>**33991 N. Casey Lane**<br>**Queen Creek, AZ 85142** | **17566 CR 30**<br>**Sterling, CO 80751** | **2012 Cargo Van** | **$2,500.00** |
| **Brandon Lebsock**<br>**33991 N. Casey Lane**<br>**Queen Creek, AZ 85142** | **17566 CR 30**<br>**Sterling, CO 80751** | **2006 Subk RV** | **$15,000.00** |
| **Brandon Lebsock**<br>**33991 N. Casey Lane**<br>**Queen Creek, AZ 85142** | **17566 CR 30**<br>**Sterling, CO 80751** | **2015 PJ Trailer** | **$10,000.00** |

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2007 Utility Trailer** | **$1,000.00** |
| **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2004 International 7600** | **$40,000.00** |
| **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2004 International 7600** | **$40,000.00** |
| **L7 Grain, LLC**<br>**113 Ensign St.**<br>**Fort Morgan, CO 80701** | **17566 CR 30**<br>**Sterling, CO 80751** | **2006 Freightliner** | **$15,000.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2015 Ford Expedition** | **$25,000.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2015 Ford F350** | **$40,000.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2005 CM Horse Trailer** | **$4,500.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **1995 Chevrolet Suburban (salvage)** | **$0.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2011 Ford F350** | **$15,000.00** |
| **David Lebsock, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **1994 KW Feed Truck** | **$15,000.00** |
| **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2014 Peerless Live Floor Trailer** | **$10,000.00** |
| **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2013 Case IH Swather** | **$75,000.00** |
| **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **1988 Freightliner** | **$25,000.00** |
| **Jim Etl**<br>**420 Sage Drive**<br>**Sterling, CO 80751** | **17566 CR 30**<br>**Sterling, CO 80751** | **2019 PJ Dump Trailer** | **$10,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**

Case number (*if known*)   **22-10322 TBM**

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. Have you notified any governmental unit of any release of hazardous material?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ■ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ **No. None of the above applies.  Go to Part 12.**

   ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Lebsock7, LLLP<br>17566 CR 30<br>Sterling, CO 80751** | **Holding Company**<br><br>**BDO - Tax Accounting Firm<br>Cheryl Lebsock - Bookkeeper<br>Brad Lebsock** | EIN:   **46-377837**<br><br>From-To   **1/1/14 - present** |

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (*if known*)   **22-10322 TBM**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **Farming**<br><br>**BDO - Tax Accounting Firm**<br>**Cheryl Lebsock - Bookkeeper**<br>**Brad Lebsock** | EIN: **68-0595112**<br><br>From-To **7/23/04 - present** |
| **Lebsock 1350 West Main, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **Commercial Real Estate**<br><br>**BDO - Tax Accounting Firm**<br>**Cheryl Lebsock - Bookkeeper**<br>**Brad Lebsock** | EIN: **84-1652530**<br><br>From-To **4/1/04 - present** |
| **Lebsock 200 Hays, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **Commerical Real Estate**<br><br>**BDO - Tax Accounting Firm**<br>**Cheryl Lebsock - Bookkeeper**<br>**Brad Lebsock** | EIN: **75-3175389**<br><br>From-To **4/1/04 - present** |
| **Rosie's, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | **Agricultural Real Estate**<br><br>**BDO - Tax Accounting Firm**<br>**Cheryl Lebsock - Bookkeeper**<br>**Brad Lebsock** | EIN: **42-1637878**<br><br>From-To **4/1/04 - present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ No
   ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ David W. Lebsock _____

**David W. Lebsock**
**Signature of Debtor 1**

Date   **March  1, 2022** _____

/s/ Cheryl R. Lebsock _____

**Cheryl R. Lebsock**
**Signature of Debtor 2**

Date   **March  1, 2022** _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **22-10322 TBM** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1.    **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $          2,000,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................................................... | $          8,032,146.57 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $          10,032,146.57 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          20,995,130.08 |
| 3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          15,030,234.51 |
| **Your total liabilities** | $          36,025,364.59 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.    *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................ | $          21,796.90 |
| 5.    *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $          4,292.32 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g.  **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **22-10322 TBM** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes.  Where is the property?

| 1.1 | | | |
|---|---|---|---|

**17566 CR 30**
Street address, if available, or other description

**Sterling          CO     80751-0000**
City               State       ZIP Code

**Logan**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000,000.00 | $2,000,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| $2,000,000.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | | |
| | | Case number *(if known)* | **22-10322 TBM** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **F350** | ☐ Debtor 1 only | |
| | Year: | **1997** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Pledged to Bank of Colorado | | ☐ **Check if this is community property** *(see instructions)* | $2,000.00 / $2,000.00 |

| 3.2 | Make: | **Chevrolet** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Pickup** | ☐ Debtor 1 only | |
| | Year: | **1989** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ **Check if this is community property** *(see instructions)* | $1,000.00 / $1,000.00 |

| 3.3 | Make: | **PAI Trailer** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | **1942** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Pledged to Bank of Colorado | | ☐ **Check if this is community property** *(see instructions)* | $1,000.00 / $1,000.00 |

| 3.4 | Make: | **Hobbs** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Trailer** | ☐ Debtor 1 only | |
| | Year: | **1974** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Pledged to Bank of Colorado | | ☐ **Check if this is community property** *(see instructions)* | $7,500.00 / $7,500.00 |

| 3.5 | Make: | **Utility Trailer** | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ☐ Debtor 1 only | |
| | Year: | **1960** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Pledged to Bank of Colorado | | ☐ **Check if this is community property** *(see instructions)* | $5,000.00 / $5,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**                                          Case number *(if known)*    **22-10322 TBM**

---

**3.6**   Make:    **Top Hand Trailer**

Model:

Year:    **1991**

Approximate mileage:

Other information:

| Pledged to Bank of Colorado |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

---

**3.7**   Make:    **Forest River**

Model:    **RV**

Year:    **2007**

Approximate mileage:

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000.00 | $2,000.00 |

---

**3.8**   Make:    **Sport Trail Utility Trailer**

Model:

Year:    **1998**

Approximate mileage:

Other information:

| Pledged to Bank of Colorado |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

---

**3.9**   Make:    **Chevrolet**

Model:    **Service Truck**

Year:    **1991**

Approximate mileage:

Other information:

| Pledged to Bank of Colorado |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

---

**3.10**   Make:    **Lincoln**

Model:    **Continental**

Year:    **2017**

Approximate mileage:

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $19,000.00 | $19,000.00 |

---

**3.11**   Make:    **Ford**

Model:    **Fusion**

Year:    **2018**

Approximate mileage:

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $15,000.00 | $15,000.00 |

---

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

3.1
2

| Make: | **Chevrolet** |
| Model: | **Suburban** |
| Year: | **2014** |
| Approximate mileage: | |
| Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$20,000.00** | **$20,000.00** |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

   **$79,500.00**

---

**Part 3:**   **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > **Household goods: Great room furniture consisting of 2 leather sofas, 2 leather chairs, 2 leather ottomans, 5 side stands, coffee table, 3 sofa tables, bar and 2 bar stools; kitchen table/chairs, 8 bar stools, highchair, misc. pots and pans, appliances, kitchenware; Office consisting of 2 office chairs, book shelf, side table, sofa table, lamp; Bedrooms: king size bed, 3 queen size beds, 5 dressers, 6 side tables, 7 lamps, desk, crib; Downstairs living room consisting of leather sectional, 2 chairs, 2 side table, 3 lamps, desk and chair; 8 TVs; Deep freezer and garage refrigerator; 3 church pew benches; wall hangings and decor; misc. hand tools/mowers/trimmers/shop equipment**

   **$7,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|----------|----------------------|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| | |
|---|---|
| 22 Rifle | $50.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Misc. clothing | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Wedding ring and costume jewelry | $2,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| |
|---|
| $10,550.00 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.....................................................................................

| | | |
|---|---|---|
| | Cash | Unknown |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Sterling Federal Credit Union** | $300.00 |
| 17.2. | **Checking** | **PNC Bank** | $100.00 |

| Debtor 1 | **David W. Lebsock** | | | |
|---|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | | Case number *(if known)* | **22-10322 TBM** |

| | 17.3. | **Checking** | **Investor Bank** | **$500.00** |
|---|---|---|---|---|
| | 17.4. | **Checking** | **Investor Bank** | **$500.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Lebsock Farms, LLC (each Debtor has a 50% ownership interest)** | **100** % | **Unknown** |
| **Lebsock 1350 West Main, LLC (Each Debtor has a 50% ownership interest)** | **100** % | **$0.00** |
| **Lebsock 200 Hays, LLC (Each Debtor has a 50% ownership interest)** | **100** % | **$0.00** |
| **Rosie's, LLC (Each Debtor has a 50% ownership interest)** | **100** % | **Unknown** |
| **Lebsock7, LLLP (Each Debtor has a 1% ownership interest and are general partners)** | **2** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **IRA - David Lebsock** | **$635,000.00** |
| **IRA** | **IRA - David Lebsock** | **$37,400.00** |
| **IRA** | **IRA - Cheryl Lebsock** | **$312,000.00** |
| **IRA** | **IRA- Cheryl Lebsock** | **$10,400.00** |

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ...................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
■ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| **Capital Group/American Funds - 529 Plan for Bobby Lebsock** | **$46,560.98** |
|---|---|
| **Capital Group/American Funs - 529 Plan for Chas Lebsock** | **$26,774.10** |
| **Capital Group/American Funds - 529 Plan for Davis Lebsock** | **$18,032.49** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
■ Yes.  Give specific information about them...

| **Janice M. Lebsock Irrevocable Trust (Debtor's interest is contingent)** | **Unknown** |
|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | | |
| | | Case number *(if known)* | **22-10322 TBM** |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Farm Bureau (secured by Bank of Colorado)** | **David Lebsock** | **$17,063.00** |
| **Farm Bureau (secured by Bank of Colorado)** | **Cheryl Lebsock** | **$38,610.00** |
| **Farm Bureau (secured by Bank of Colorado)** | **Cheryl Lebsock** | **$56,356.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes.  Describe each claim.........

| | |
|---|---|
| **Indemnity claims against George Galgano and David Linn** | **$6,680,000.00** |
| **Lender Liability/Fiduciary Breach/Fraudulent Transfer Claims against The Galinn Fund, LLC** | **Unknown** |
| **Claims for accounting and other related disputes against Bank of Colorado** | **Unknown** |
| **Lender Liability/Fiduciary Breach against Granite Hall Master Fund Services, LLC/Harvest Moon** | **Unknown** |
| **Avoidance actions against Integro, LLC** | **Unknown** |
| **Numerous claims against Lebsock entities for contribution** | **Unknown** |
| **Numerous claims against creditors of Lebsock entities with respect to guarantees made by Debtors.** | **Unknown** |
| **Avoidance claims and accounting against 50 Investments, LLC** | **Unknown** |

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| **$7,879,596.57** |
|---|

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

■ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

☐ No

■ Yes................

| **39 Horses** | **$20,000.00** |
|---|---|

**48. Crops—either growing or harvested**

■ No

☐ Yes. Give specific information.....

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

■ Yes................

| **Portable Lean 2 Shed ($7500); Portable 14x16 Metal Shed ($3000); Prevert 8 Horse Panel Walker which is in pieces ($10,000); 14 Prevert Stalls ($7000); Pivot Wheels and Tires ($5000)** | **$32,500.00** |
|---|---|

| **Hemp Header, 2014 Peerless Live Floor Trailer, 2013 Case IH Swather, 1988 Freightliner, 2013 Doonan Drop Deck, 1999 Van Trailer, 1997 Ford F250 (Debtors to obtain appraisal on these items)** | **Unknown** |
|---|---|

**50. Farm and fishing supplies, chemicals, and feed**

■ No

☐ Yes................

**51. Any farm- and commercial fishing-related property you did not already list**

■ No

☐ Yes. Give specific information.....

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................................................................................................ **$52,500.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☑ Yes. Give specific information.........

| Timeshare - The Inn at Silvercreek, 62927 US Hwy 40, Granby, CO Week 47 - Unit 224-226 | $10,000.00 |
|---|---|
| Post-Petition Earnings | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... **$10,000.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................... **$2,000,000.00**

56. **Part 2: Total vehicles, line 5**            $79,500.00
57. **Part 3: Total personal and household items, line 15**            $10,550.00
58. **Part 4: Total financial assets, line 36**            $7,879,596.57
59. **Part 5: Total business-related property, line 45**            $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**            $52,500.00
61. **Part 7: Total other property not listed, line 54**            +  $10,000.00

62. **Total personal property.** Add lines 56 through 61...            **$8,032,146.57**            Copy personal property total            **$8,032,146.57**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62            **$10,032,146.57**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **22-10322 TBM** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                              4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **17566 CR 30 Sterling, CO 80751 Logan County**<br>Line from *Schedule A/B*: **1.1** | $2,000,000.00 | ■ $105,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 38-41-201(1)(b)** |
| **2017 Lincoln Continental**<br>Line from *Schedule A/B*: **3.10** | $19,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(II), (III)** |
| **Household goods: Great room furniture consisting of 2 leather sofas, 2 leather chairs, 2 leather ottomans, 5 side stands, coffee table, 3 sofa tables, bar and 2 bar stools; kitchen table/chairs, 8 bar stools, highchair, misc. pots and pans, appliances, kit**<br>Line from *Schedule A/B*: **6.1** | $7,500.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **Misc. clothing**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(a)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number (if known) | **22-10322 TBM** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding ring and costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■             $2,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(b)** |
| **IRA: IRA - David Lebscok**<br>Line from *Schedule A/B*: **21.1** | $635,000.00 | ■        $635,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **IRA: IRA - David Lebsock**<br>Line from *Schedule A/B*: **21.2** | $37,400.00 | ■          $37,400.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **IRA: IRA - Cheryl Lebsock**<br>Line from *Schedule A/B*: **21.3** | $312,000.00 | ■        $312,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **IRA: IRA- Cheryl Lebsock**<br>Line from *Schedule A/B*: **21.4** | $10,400.00 | ■         $10,400.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(s)** |
| **Capital Group/American Funds - 529 Plan for Bobby Lebsock**<br>Line from *Schedule A/B*: **24.1** | $46,560.98 | ■        $46,560.98<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **Capital Group/American Funs - 529 Plan for Chas Lebsock**<br>Line from *Schedule A/B*: **24.2** | $26,774.10 | ■        $26,774.10<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 23-3.1-307.4** |
| **Farm Bureau (secured by Bank of Colorado)**<br>**Beneficiary: David Lebsock**<br>Line from *Schedule A/B*: **31.1** | $17,063.00 | ■        $17,063.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 10-7-106** |
| **Farm Bureau (secured by Bank of Colorado)**<br>**Beneficiary: Cheryl Lebsock**<br>Line from *Schedule A/B*: **31.2** | $38,610.00 | ■        $38,610.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 10-7-106** |
| **Farm Bureau (secured by Bank of Colorado)**<br>**Beneficiary: Cheryl Lebsock**<br>Line from *Schedule A/B*: **31.3** | $56,356.00 | ■        $56,356.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 10-7-106** |
| **Hemp Header, 2014 Peerless Live Floor Trailer, 2013 Case IH Swather, 1988 Freightliner, 2013 Doonan Drop Deck, 1999 Van Trailer, 1997 Ford F250 (Debtors to obtain appraisal on these items)**<br>Line from *Schedule A/B*: **49.2** | Unknown | ■        $60,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(i)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** |
|---|---|
| Debtor 2 | **Cheryl R. Lebsock** |

Case number (if known)  **22-10322 TBM**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Post-Petition Earnings**<br>Line from *Schedule A/B*: **53.2** | **Unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-104(2)(a)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 22-10322 TBM |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**59 Investments, LLC**
Creditor's Name

Describe the property that secures the claim:

| | | |
|---|---|---|
| **Note and Deed of Trust on residence located at 17566 CR 30 Sterling, CO 80751  Logan County cross-collateralized with commercial properties** | $4,300,000.00 | $2,000,000.00 |

Column A: $4,300,000.00
Column B: $2,000,000.00
Column C: $2,100,000.00 0

**10172 Road 82**
**Bridgeport, NE 69336**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred _____    Last 4 digits of account number _____

| | | |
|---|---|---|
| Debtor 1 | **David W. Lebsock** | |
| | First Name    Middle Name    Last Name | Case number *(if known)*    **22-10322 TBM** |
| Debtor 2 | **Cheryl R. Lebsock** | |
| | First Name    Middle Name    Last Name | |

---

| 2.2 | **Bank of America** | Describe the property that secures the claim: | $25,188.86 | $20,000.00 | $5,188.86 |
|---|---|---|---|---|---|

Creditor's Name

**2014 Chevrolet Suburban**

**P.O. Box 31785**
**Tampa, FL 33631**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred  _____    Last 4 digits of account number  _____

---

| 2.3 | **Bank of Colorado** | Describe the property that secures the claim: | $3,905,693.63 | $135,000.00 | $3,770,693.63 |
|---|---|---|---|---|---|

Creditor's Name

**Business loans for David Lebsock, LLC and L7 FM Elevator, LLC cross-collateralized with numerous other real and personal property**

**131 W. Main Street**
**Sterling, CO 80751**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Loans**

Date debt was incurred  **6/12/17**    Last 4 digits of account number  _____

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | | Case number (if known) | **22-10322 TBM** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Cheryl R. Lebsock** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.4 | **SunTrust Bank** | | $13,596.31 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Now known as Truist Bank**
**P.O. Box 85092**
**Richmond, VA 23286**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2018 Ford Fusion**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **9/25/19**        Last 4 digits of account number _____

| 2.5 | **The Galinn Fund, LLC** | | $12,750,000.00 | $2,000,000.00 | $12,750,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**399 Knollwood Road**
**Suite 318**
**White Plains, NY 10603**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Business debt - Rosie's LLC secured by second mortgage on residence located at 17566 CR 30 Sterling, CO 80751  Logan County cross-collateralized with numerous other real and personal property**

**As of the date you file, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred _____        Last 4 digits of account number _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor 1 | **David W. Lebsock** | |
| | First Name   Middle Name   Last Name | Case number (if known)   **22-10322 TBM** |
| Debtor 2 | **Cheryl R. Lebsock** | |
| | First Name   Middle Name   Last Name | |

| 2.6 | **The Inn at Silvercreek** | Describe the property that secures the claim: | $651.28 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Timeshare assessment**

**62927 Hwy 40**
**Granby, CO 80446**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$20,995,130.08** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$20,995,130.08** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Brian T. Ray, Esq.**
**Hatch Ray Olsen Conant LLC**
**730 17th Street, Suite 200**
**Denver, CO 80202**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Danette Murrell**
**Bank of America**
**16001 N. Dallas Pkwy**
**Addison, TX 75001**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**John O'Brien, Esq.**
**Spencer Fane LLP**
**1700 Lincoln STreet, #2000**
**Denver, CO 80203**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**Russell J. Sprague, Esq.**
**215 Mathews Street**
**Suite 300**
**Fort Collins, CO 80524**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **22-10322 TBM** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.**  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.**  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Colorado Department of Revenue** | | | |

| | |
|---|---|
| **Colorado Department of Revenue** | Last 4 digits of account number _____ |
| Priority Creditor's Name | |
| **1375 Sherman Street** | |
| **Room 504** | When was the debt incurred? _____ |
| **Denver, CO 80261** | |
| Number Street City State Zip Code | |

Total claim: **Unknown**   Priority amount: **$0.00**   Nonpriority amount: **$0.00**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
P.O. Box 7346
Philadelphia, PA 19101
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **R.W. Specialties, LLC** | Last 4 digits of account number | **1940** | **$203.76** |

Nonpriority Creditor's Name
9000 E. 96th Avenue
Henderson, CO 80640
Number Street City State Zip Code

**When was the debt incurred?** **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.2 | **21st Century Equipment, LLC** | Last 4 digits of account number | **O002** | $40,004.78 |

Nonpriority Creditor's Name
**1901 Link 17J**
**Sidney, NE 69162**
Number Street City State Zip Code

When was the debt incurred?   **2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 | **59 Investments, LLC** | Last 4 digits of account number | | $4,050,000.00 |

Nonpriority Creditor's Name
**10172 Road 82**
**Bridgeport, NE 69336**
Number Street City State Zip Code

When was the debt incurred?   **4/29/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Rosie's LLC**

---

| 4.4 | **Advanced Drainage Systems, Inc.** | Last 4 digits of account number | **4965** | $7,475.33 |

Nonpriority Creditor's Name
**P.O. Box 414044**
**Boston, MA 02241**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.5 | **Ag Teck Repair, Inc.** | Last 4 digits of account number | | $4,337.90 |

Nonpriority Creditor's Name
**P.O. Box 629**
**Sterling, CO 80751**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.6 | **Agfinity, Inc.** | Last 4 digits of account number | **4999** | $4,042.00 |

Nonpriority Creditor's Name
**4065 St. Cloud Drive**
**Suite 100**
**Loveland, CO 80538**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.7 | **AgriSompo North America** | Last 4 digits of account number | **1972** | $2,375.89 |

Nonpriority Creditor's Name
**c/o Altus Receivables Management**
**2400 Veterans Memorial Blvd., Suite 300**
**Kenner, LA 70062**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock Farms, LLC**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.8 | | | |
|---|---|---|---|

**Alliance Funding Group**
Nonpriority Creditor's Name
**c/o Harry L. Simon, Esq.**
**10200 E. Girard Ave.**
**Building B, Suite 120**
**Denver, CO 80231**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **10/14/21**

$269,208.10

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 | | | |
|---|---|---|---|

**Allo Communications**
Nonpriority Creditor's Name
**610 Broadway**
**Imperial, NE 69033**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2021**

$420.30

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

---

| 4.10 | | | |
|---|---|---|---|

**Allo Communications**
Nonpriority Creditor's Name
**610 Broadway**
**Imperial, NE 69033**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?   **2021**

$325.70

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

---

**4.1**
**1**

**Ally Bank**
Nonpriority Creditor's Name
**c/o AIS Portfolio Services, LP**
**4515 N. Santa Fe Avenue**
**Dept. APS**
**Oklahoma City, OK 73118**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**Last 4 digits of account number** _____            **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1**
**2**

**American National Bank**
Nonpriority Creditor's Name
**8004 S. 84th Street**
**La Vista, NE 68128**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**Last 4 digits of account number** _____            **$11,541.07**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency balances owed on three vehicles sold at auctions**

---

**4.1**
**3**

**Amerigas Propane LP**
Nonpriority Creditor's Name
**P.O. Box 660288**
**Dallas, TX 75266**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**Last 4 digits of account number**   **8385**            **$652.81**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| Debtor 1 | **David W. Lebsock** |
|---|---|
| Debtor 2 | **Cheryl R. Lebsock** |

Case number *(if known)*     **22-10322 TBM**

---

| 4.1 4 | **Ascentium Capital, LLC** | Last 4 digits of account number | | **$112,763.07** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o John H. Bernstein, Esq.**
**Kutak Rock LLP**
**1801 Caliifornia St., Suite 3000**
**Denver, CO 80202**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 5 | **AVT Colorado, L.P.** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Evan Strassberg, Esq.**
**Michael Best & Friedrich, LLP**
**2750 E. Cottonwood Pkwy, Suite 560**
**Cottonwood Heights, UT 84121**

When was the debt incurred?    **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

---

**4.1 6**

**Bank of the West**
Nonpriority Creditor's Name
**c/o Douglas Brown, Esq.**
**2000 S. Colorado Blvd.**
**Tower 2, Suite 700**
**Denver, CO 80222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$303,202.39

---

**4.1 7**

**Better Electric, Inc.**
Nonpriority Creditor's Name
**P.O. Box 267**
**Sterling, CO 80751**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

$1,464.59

---

**4.1 8**

**BFG Corporation**
Nonpriority Creditor's Name
**dba Byline Financial Group**
**c/o Allan S. Massey, Esq.**
**125 S. Howes St., Suite 1100**
**Fort Collins, CO 80521**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$137,308.42

---

| | |
|---|---|
| Debtor 1 **David W. Lebsock** | |
| Debtor 2 **Cheryl R. Lebsock** | Case number (if known) **22-10322 TBM** |

---

**4.19**

| **BKD CPAs & Advisors** | Last 4 digits of account number _____ | $1,100.00 |
|---|---|---|

Nonpriority Creditor's Name
**1801 California Street**
**Suite 2900**
**Denver, CO 80202**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Erker Grain Company**

---

**4.20**

| **BNSF Railway Company** | Last 4 digits of account number _____ | $5,100.00 |
|---|---|---|

Nonpriority Creditor's Name
**3110 Solutions Center**
**Chicago, IL 60677**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Trading, LLC**

---

**4.21**

| **Botanacor Laboratories, LLC** | Last 4 digits of account number _____ | $6,025.00 |
|---|---|---|

Nonpriority Creditor's Name
**1301 S. Jason**
**Unit K**
**Denver, CO 80223**
Number Street City State Zip Code

When was the debt incurred?   **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **David W. Lebsock**
Debtor 2 **Cheryl R. Lebsock**

Case number (if known) **22-10322 TBM**

---

**4.2 2**

**Bryn Mawr Equipment Finance**
Nonpriority Creditor's Name
**c/o Keith N. Renaldo, Esq.**
**218 N. Church St., Suite E**
**West Chester, PA 19380**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **8/11/21**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$95,147.20

---

**4.2 3**

**Builders Aggregate Co.**
Nonpriority Creditor's Name
**510 Dahlia St.**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

$1,292.20

---

**4.2 4**

**C2C Resources, LLC**
Nonpriority Creditor's Name
**Coyote A UPS Company**
**56 Perimeter Center East**
**Suite 100**
**Atlanta, GA 30346**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Trading, LLC**

$22,679.00

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (*if known*)   **22-10322 TBM**

---

**4.2 5**

**Cargill Animal Nutrition**
Nonpriority Creditor's Name
**P.O. Box 842621**
**Dallas, TX 75284**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3875**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

$1,855.98

---

**4.2 6**

**Century Link**
Nonpriority Creditor's Name
**P.O. Box 91155**
**Seattle, WA 98111-9255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **RISC**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

$415.74

---

**4.2 7**

**CenturyLink**
Nonpriority Creditor's Name
**P.O. Box 91155**
**Seattle, WA 98111-9255**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **296B**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

$106.62

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (*if known*)  **22-10322 TBM**

---

| 4.2 8 | **CenturyLink** | Last 4 digits of account number | **779B** | **$624.81** |

Nonpriority Creditor's Name
**P.O. Box 91155**
**Seattle, WA 98111-9255**
Number Street City State Zip Code

When was the debt incurred?  **2021**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.2 9 | **Chamberlain Concrete** | Last 4 digits of account number | **1158** | **$2,202.27** |

Nonpriority Creditor's Name
**P.O. Box 425**
**Wray, CO 80758**
Number Street City State Zip Code

When was the debt incurred?  **2021**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

| 4.3 0 | **Chamberlain's, LLC** | Last 4 digits of account number | **5120** | **$22,462.43** |

Nonpriority Creditor's Name
**P.O. Box 831**
**Sterling, CO 80751**
Number Street City State Zip Code

When was the debt incurred?  **2021**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.3 1 | **Chase** | Last 4 digits of account number | **1608** | $15,288.10 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 182055**
**Columbus, OH 43218**
Number Street City State Zip Code

**When was the debt incurred?**   **4/28/21**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Deficiency balance on 2018 Chevrolet Suburban**

---

| 4.3 2 | **CHS** | Last 4 digits of account number | **3547** | $17,666.36 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 1007**
**Sterling, CO 80751**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.3 3 | **CHS M&M Cooperative** | Last 4 digits of account number | **6201** | $33,036.04 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 184**
**Yuma, CO 80759-0184**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.3 4 | **Cintas Corporation** | | Last 4 digits of account number | **7396** | | **$795.42** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**523 10th Street**
**Greeley, CO 80631**
Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - L7 Trading, LLC**

---

| 4.3 5 | **Cintas Corporation** | | Last 4 digits of account number | **7699** | | **$2,430.58** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**523 10th Street**
**Greeley, CO 80631**
Number Street City State Zip Code

When was the debt incurred?  **2020-2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.3 6 | **CIT Financial** | | Last 4 digits of account number | | | **$220,000.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**155 Commerce Way**
**Portsmouth, NH 03801**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - L7 Grain, LLC**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| | |
|---|---|
| Debtor 1 **David W. Lebsock** | |
| Debtor 2 **Cheryl R. Lebsock** | |
| | Case number (if known) **22-10322 TBM** |

---

**4.37**

**CIT Group, Inc.**
Nonpriority Creditor's Name
**155 Commerce Way**
**Portsmouth, NH 03801**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **3680**          $9,086.25

When was the debt incurred? **2020**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.38**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1004**          $184.12

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - Erker Grain Company**

---

**4.39**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1002**          $210.36

When was the debt incurred? **2021**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - Erker Grain Company**

---

| Debtor 1 | **David W. Lebsock** |
|---|---|
| Debtor 2 | **Cheryl R. Lebsock** |

Case number *(if known)*   **22-10322 TBM**

---

**4.40**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1003**          **$2,726.83**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.41**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0003**          **$1,921.26**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.42**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2003**          **$245.90**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

---

| 4.4 3 | **City of Fort Morgan** | Last 4 digits of account number | **1001** | **$510.12** |

Nonpriority Creditor's Name

**710 E. Railroad**
**Fort Morgan, CO 80701**

Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

| 4.4 4 | **City of Fort Morgan** | Last 4 digits of account number | **3000** | **$35.48** |

Nonpriority Creditor's Name

**710 E. Railroad**
**Fort Morgan, CO 80701**

Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

| 4.4 5 | **City of Fort Morgan** | Last 4 digits of account number | **2001** | **$207.80** |

Nonpriority Creditor's Name

**710 E. Railroad**
**Fort Morgan, CO 80701**

Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

---

**4.46**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0002**          **$1,120.71**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.47**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **5004**          **$14,993.75**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

**4.48**

**City of Fort Morgan**
Nonpriority Creditor's Name
**710 E. Railroad**
**Fort Morgan, CO 80701**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0004**          **$15,257.36**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

**4.4 9**

**City of Sterling**
Nonpriority Creditor's Name
**P.O. Box 4000**
**421 N. 4th Street**
**Sterling, CO 80751**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **8775**                    **$3,019.78**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

**4.5 0**

**Citywide Banks**
Nonpriority Creditor's Name
**c/o I.C. System, Inc.**
**8310 S. Valley Highway**
**Suite 300**
**Englewood, CO 80112**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2151**                    **$1,344.79**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

**4.5 1**

**Colorado Narfe News**
Nonpriority Creditor's Name
**Publication HQ**
**P.O. Box 1841**
**Saint Charles, MO 63302**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                    **$88.00**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**                                    Case number (if known)    **22-10322 TBM**

| | | |
|---|---|---|
| **4.5 2** | **Contrast Energy, LLC** | Last 4 digits of account number _____  **Unknown** |

Nonpriority Creditor's Name
**c/o Ryan A. Ray, OBA**
**3200 Mid-Continent Tower**
**401 S. Boston Avenue**
**Tulsa, OK 74103**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | | |
|---|---|---|
| **4.5 3** | **Cranmore Fire Protection** | Last 4 digits of account number  **4642**    **$194.00** |

Nonpriority Creditor's Name
**17460 CR 36**
**Julesburg, CO 80737**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| | | |
|---|---|---|
| **4.5 4** | **Culligan Water** | Last 4 digits of account number  _____    **$149.22** |

Nonpriority Creditor's Name
**300 W. Railroad Ave.**
**Fort Morgan, CO 80701**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

| 4.5 5 | **DexYP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 78041**
**Phoenix, AZ 85062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **0303**          **$411.91**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.5 6 | **Farm Credit Services of America** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Credit & Resolutions**
**P.O. Box 2409**
**Omaha, NE 68103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**          **$298,669.74**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency on business equipment sold at auction on 11/10/21**

---

| 4.5 7 | **Federal Express** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 371461**
**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **4142**          **$554.56**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Trading, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

---

**4.58**

**Frenchman Valley Farmers Coop**
Nonpriority Creditor's Name
**c/o Beverly L. Edwards, Esq.**
**8400 E. Prentice Ave.**
**Suite 1500**
**Englewood, CO 80111**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.59**

**Gerkin Windows & Doors**
Nonpriority Creditor's Name
**P.O. Box 3203**
**Sioux City, IA 51102**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$4,356.52**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**4.60**

**Goldman, Evans & Trammell, LLC**
Nonpriority Creditor's Name
**10323 Cross Creek Blvd., #F**
**Tampa, FL 33647**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **9926**          **$5,527.26**

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock 7, LLLP**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.6 1 | **Granite Hall Master Fund Series, LLC** | | **$5,200,000.00** |

Nonpriority Creditor's Name
**Harvest Moon**
**c/o Kyler Burgi, Esq.**
**1550 17th Street, Suite 500**
**Denver, CO 80202**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.6 2 | **Great Copier Service** | | **$267.25** |

Nonpriority Creditor's Name
**430 Ensign Street**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

Last 4 digits of account number **1492**

When was the debt incurred? **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Trading, LLC**

---

| 4.6 3 | **Great Western Tire Corporate** | | **$12,155.35** |

Nonpriority Creditor's Name
**319 E. Front**
**Oakley, KS 67748**
Number Street City State Zip Code

Last 4 digits of account number **0495**

When was the debt incurred? **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock Farms, LLC and L7 Ag, LLC**

---

| Debtor 1 | David W. Lebsock | | |
|---|---|---|---|
| Debtor 2 | Cheryl R. Lebsock | Case number (if known) | 22-10322 TBM |

---

**4.6 4**

**GreatAmerica Financial Services**
Nonpriority Creditor's Name
**c/o Christopher K. Loftus, Esq.**
**115 Third Street SE, Suite 1200**
**Cedar Rapids, IA 52401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $9,800.00

**When was the debt incurred?**  2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt -Dave Lebsock, LLC**

---

**4.6 5**

**Hastings Equity Manufacturing**
Nonpriority Creditor's Name
**1900 Summit Ave.**
**P.O. Box 1007**
**Hastings, NE 68901**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  0744    $8,410.11

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**4.6 6**

**Herc Rentals**
Nonpriority Creditor's Name
**c/o BQ & Associates, P.O., L.L.O.**
**7900 E. Union Ave.**
**Suite 1100**
**Denver, CO 80237**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  1813    $8,164.68

**When was the debt incurred?**  2021

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

Debtor 1 **David W. Lebsock**
Debtor 2 **Cheryl R. Lebsock**

Case number (if known) **22-10322 TBM**

---

| 4.6 7 | **Highline Electric Association** | Last 4 digits of account number | | **$727.10** |

Nonpriority Creditor's Name
**1300 S. Interocean**
**Holyoke, CO 80734**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - Rosie's LLC**

---

| 4.6 8 | **Integro, LLC** | Last 4 digits of account number | | **$525,808.11** |

Nonpriority Creditor's Name
**c/o Timothy J. Dolan**
**2915 SR 590, Suite 15**
**Clearwater, FL 33759**

When was the debt incurred? **8/5/21**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.6 9 | **Jaeger Enterprises, LLC** | Last 4 digits of account number | **7073** | **$1,500,000.00** |

Nonpriority Creditor's Name
**25101 CR 7**
**Merino, CO 80741**

When was the debt incurred? **4/28/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - Rosie's LLC**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)    **22-10322 TBM**

---

| 4.7 0 | **JB&B Capital** | Last 4 digits of account number | | | **$119,086.23** |

Nonpriority Creditor's Name
**1111 Northshore Drive**
**Suite P270**
**Knoxville, TN 37919**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.7 1 | **John Deere Capital Corporation** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 6600**
**Johnston, IA 50131**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.7 2 | **Justin Boot** | Last 4 digits of account number | **5719** | | **$1,154.96** |

Nonpriority Creditor's Name
**P.O. Box 99188**
**Fort Worth, TX 76199**
Number Street City State Zip Code

When was the debt incurred?    **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.7 3 | **Justin Boot** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **5718** | **$481.00** |

**P.O. Box 99188**
**Fort Worth, TX 76199**

When was the debt incurred?   **2021**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.7 4 | **KLM Products Group** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **1050** | **$60.00** |

**P.O. Box 205**
**Scottsbluff, NE 69361**

When was the debt incurred?   **2021**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.7 5 | **Kuskie Oil** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | **1653** | **$184.52** |

**P.O. Box 207**
**Crook, CO 80726**

When was the debt incurred?   **2021**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

---

**4.7 6**

**Logan County Treasurer**
Nonpriority Creditor's Name
**315 Main Street**
**Sterling, CO 80751**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt - Rosie's LLC**

$17,383.68

---

**4.7 7**

**m2 Equipment Finance, LLC**
Nonpriority Creditor's Name
**fka m2 Lease Funds, LLC**
**175 N. Patrick Blvd.**
**Brookfield, WI 53045**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  **2021**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

$63,793.96

---

**4.7 8**

**Masterbrand Cabinets, Inc.**
Nonpriority Creditor's Name
**c/o Biehl & Biehl, Inc.**
**P.O. Box 87410**
**Carol Stream, IL 60188**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **0684**

When was the debt incurred?  **2021**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

$2,505.30

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

| | |
|---|---|
| **4.7 9** | |

**Matheson Tri Gas**
Nonpriority Creditor's Name
**909 Lake Carolyn Parkway**
**Suite 1300**
**Irving, TX 75039**
Number Street City State Zip Code

Last 4 digits of account number   **2300**

When was the debt incurred?   **2021**

$22,514.89

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| | |
|---|---|
| **4.8 0** | |

**Media Logic Radio**
Nonpriority Creditor's Name
**P.O. Box 430**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

Last 4 digits of account number   **217**

When was the debt incurred?   **2021**

$2,000.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| | |
|---|---|
| **4.8 1** | |

**Merchants Metals, Inc.**
Nonpriority Creditor's Name
**c/o Scott and Goldman**
**980 Birmingham Rd., Suite 501-154**
**Milton, GA 30004**
Number Street City State Zip Code

Last 4 digits of account number   **2437**

When was the debt incurred?   **2021**

$1,142.03

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.8 2 | | | |
|---|---|---|---|

**Mid-America Truck Equipment, Inc.**
Nonpriority Creditor's Name

**1165 South 81 Highway**
**P.O. Box 217**
**Belleville, KS 66935**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **4489**                    **$2,000.00**

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.8 3 | | | |
|---|---|---|---|

**Midwest Laboratories, Inc.**
Nonpriority Creditor's Name

**13611 B Street**
**Omaha, NE 68144**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1193**                    **$305.00**

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.8 4 | | | |
|---|---|---|---|

**Montana Silversmiths**
Nonpriority Creditor's Name

**1 Sterling Lane**
**P.O. Box 839**
**Columbus, MT 59019**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **2681**                    **$2,575.28**

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (*if known*)   **22-10322 TBM**

---

| 4.8 5 | **Morgan County Quality Water** | Last 4 digits of account number | **0066** | **$403.61** |

Nonpriority Creditor's Name
**P.O. Box 1218**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 FM Elevator, LLC**

---

| 4.8 6 | **Morgan County REA** | Last 4 digits of account number | **7100** | **$3,160.30** |

Nonpriority Creditor's Name
**P.O. Box 738**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.8 7 | **Mr. Breaker Company** | Last 4 digits of account number | **1025** | **$69.50** |

Nonpriority Creditor's Name
**3423 W. 1st Avenue**
**Denver, CO 80219**
Number Street City State Zip Code

When was the debt incurred?   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

---

| 4.8 8 | **Nelson Wholesale Service** | Last 4 digits of account number | **9078** | **$20.00** |

Nonpriority Creditor's Name
**P.O. Box 370**
**Brownwood, TX 76804**
Number Street City State Zip Code

When was the debt incurred?  **2021**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.8 9 | **Newco Inc.** | Last 4 digits of account number | **0373** | **$67.20** |

Nonpriority Creditor's Name
**619 6th Avenue**
**Greeley, CO 80631**
Number Street City State Zip Code

When was the debt incurred?  **2020**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.9 0 | **Northeast Colorado Broadcasting** | Last 4 digits of account number | | **$508.00** |

Nonpriority Creditor's Name
**P.O. Box 917**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

When was the debt incurred?  **2020-2021**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| | |
|---|---|
| Debtor 1 **David W. Lebsock** | |
| Debtor 2 **Cheryl R. Lebsock** | Case number *(if known)* **22-10322 TBM** |

---

**4.9
1**

**Northern Directory Publishing**

Nonpriority Creditor's Name

**P.O. Box 2367
Great Falls, MT 59403**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____

**$730.00**

**When was the debt incurred?**   **2019-2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**4.9
2**

**Northland Capital Financial Services**

Nonpriority Creditor's Name

**333 33rd Avenue S.
Saint Cloud, MN 56301**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____

**$402,082.53**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock Farms, LLC**

---

**4.9
3**

**Northwestern Railroad Construction, Inc.**

Nonpriority Creditor's Name

**7480 Johnson Drive
Longmont, CO 80504**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____

**$6,192.68**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Grain, LLC**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

---

| 4.9 4 | **Nutrien AG Solutions, Inc.** | Last 4 digits of account number | | | $25,517.91 |

Nonpriority Creditor's Name
**c/o Michael Payne, Esq.**
**1711 61st Avenue, Suite 100**
**Greeley, CO 80634**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment**

---

| 4.9 5 | **Onsager Fletcher Johnson** | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
**600 17th Street**
**Suite 425 North**
**Denver, CO 80202**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

| 4.9 6 | **Parr Brown Gee & Loveless, P.C.** | Last 4 digits of account number   8070 | | | $1,132.68 |

Nonpriority Creditor's Name
**P.O. Box 11019**
**Salt Lake City, UT 84147**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock 7, LLLP**

---

Debtor 1    **David W. Lebsock**
Debtor 2    **Cheryl R. Lebsock**

Case number (if known)    **22-10322 TBM**

---

| 4.9 7 | **Pattlen Enterprises, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Alexander Wright, Esq.**
**111 Main Street**
**P.O. Box 884**
**Sterling, CO 80751**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **2020**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt - Dave Lebsock, LLC**

---

| 4.9 8 | **Pawnee Leasing Corporation** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Harry L. Simon, Esq.**
**10200 E. Girard Avenue**
**Building B, Suite 120**
**Denver, CO 80231**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$180,116.45**

When was the debt incurred?    **9/10/21**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.9 9 | **Pepsi-Cola** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 841828**
**Dallas, TX 75284**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0743**    **$640.70**

When was the debt incurred?    **2021**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| Debtor 1 | David W. Lebsock |
|----------|------------------|
| Debtor 2 | Cheryl R. Lebsock |

Case number (if known)   **22-10322 TBM**

---

**4.1 00**

**Perfection Door Company**
Nonpriority Creditor's Name
**315 N. Front St.**
**P.O. Box 1498**
**Sterling, CO 80751**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____   $44,346.05

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

**4.1 01**

**Pitney Bowes**
Nonpriority Creditor's Name
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **7101**   $32.00

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**4.1 02**

**Plains Irrigation Company, Inc.**
Nonpriority Creditor's Name
**P.O. Box 1150**
**252 E. Chestnut Street**
**Sterling, CO 80751**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   **0157**   $4,860.00

When was the debt incurred?   **2020**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock Farms, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| Debtor 2 | **Cheryl R. Lebsock** |

Case number (if known)   **22-10322 TBM**

---

**4.1 03**

**Prairie Mountain Media**
Nonpriority Creditor's Name
**P.O. Box 8008**
**Willoughby, OH 44096**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4565**                                              **$3,114.88**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**4.1 04**

**Presto-X**
Nonpriority Creditor's Name
**800 W. Lincolnway**
**Cheyenne, WY 82001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5263**                                              **$240.00**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt - L7 Grain, LLC**

---

**4.1 05**

**Presto-X**
Nonpriority Creditor's Name
**800 W. Lincolnway**
**Cheyenne, WY 82001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **9549**                                              **$601.00**

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt - L7 Grain, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (*if known*)  **22-10322 TBM**

---

| 4.1 06 | **Presto-X** | Last 4 digits of account number | **7113** | | $270.14 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o GB Collects, LLC**
**1253 Haddonfield Berlin Rd.**
**Voorhees, NJ 08043**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

| 4.1 07 | **Pro Institutional** | Last 4 digits of account number | **4003** | | $205.84 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**formerly SupplyWorks**
**P.O. Box 2317**
**Jacksonville, FL 32203**

When was the debt incurred?  **2020**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Grain, LLC**

---

| 4.1 08 | **Purina Animal Nutrition, Inc.** | Last 4 digits of account number | **2938** | | $5,768.09 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o D&S, Ltd.**
**13809 Research Blvd., Suite 800**
**Austin, TX 78750**

When was the debt incurred?  **2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| Debtor 1 | **David W. Lebsock** |
|---|---|
| Debtor 2 | **Cheryl R. Lebsock** |

Case number (if known)  **22-10322 TBM**

---

**4.1 09**

**Rock River Laboratory, Inc.**
Nonpriority Creditor's Name
**P.O. Box 169**
**Watertown, WI 53094**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____          **$501.90**

When was the debt incurred?  **2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt - L7 Ag, LLC**

---

**4.1 10**

**Sailsbery Supply Co.**
Nonpriority Creditor's Name
**119 S. Main Street**
**P.O. Box 887**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  **4070**          **$6,580.44**

When was the debt incurred?  **2021**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt - L7 Grain, LLC**

---

**4.1 11**

**Sandhills Publishing**
Nonpriority Creditor's Name
**c/o Receivables Control Corp.**
**Attn:  Lily Gray**
**7373 Kirkwood Ct., Suite 200**
**Minneapolis, MN 55369**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  **0066**          **$6,699.00**

When was the debt incurred?  **2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt - L7 Ag, LLC**

---

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.1 12 | **SPS Companies, Inc.** | Last 4 digits of account number | **2087** | **$285.56** |

Nonpriority Creditor's Name
**6363 State Hwy 7**
**Saint Louis Park, MN 55416**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.1 13 | **Stearns Bank** | Last 4 digits of account number | | **$36,352.07** |

Nonpriority Creditor's Name
**500 13th Street**
**P.O. Box 750**
**Albany, MN 56307**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency balance on equipment sold at auction**

---

| 4.1 14 | **Sunflower Bank** | Last 4 digits of account number | **0825** | **$78.97** |

Nonpriority Creditor's Name
**3025 Cortland Cr.**
**Salina, KS 67401**
Number Street City State Zip Code

**When was the debt incurred?**   **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **David W. Lebsock**

Debtor 2   **Cheryl R. Lebsock**

Case number *(if known)*   **22-10322 TBM**

---

| 4.1<br>15 | **Synchrony Bank** | Last 4 digits of account number | **9958** | **$4,470.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 960061**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card**

---

| 4.1<br>16 | **Synchrony Bank** | Last 4 digits of account number | **7663** | **$4,583.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 960061**
**Orlando, FL 32896**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card**

---

| 4.1<br>17 | **Tandem Finance** | Last 4 digits of account number | **4689** | **$19,908.25** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - L7 Grain, LLC**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.1 18 | **Taylor Implement Co., Inc.** | Last 4 digits of account number | **7001** | $48,745.29 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**451 W. US Highway 24**
**Hoxie, KS 67740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - L7 Ag, LLC**

---

| 4.1 19 | **Territorial Bank of America Samoa** | Last 4 digits of account number | | $200,400.40 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Jaren Nichole Wieland, Esq.**
**512 W. Idaho St.**
**Suite 103**
**Boise, ID 83702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2020**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - David Lebsock, LLC**

---

| 4.1 20 | **The Fence Post** | Last 4 digits of account number | **sfar** | $120.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1501 5th Avenue**
**Suite 101**
**Belle Fourche, SD 57717**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

---

| 4.1 21 | **TimePayment** | Last 4 digits of account number | **1959** | **$9,361.18** |

Nonpriority Creditor's Name
**200 Summit Dr.**
**Suite 100**
**Burlington, MA 01803**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

| 4.1 22 | **TundraFMP** | Last 4 digits of account number | **6041** | **$160.50** |

Nonpriority Creditor's Name
**P.O. Box 74007307**
**Chicago, IL 60674**
Number Street City State Zip Code

When was the debt incurred?  **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

| 4.1 23 | **UPS** | Last 4 digits of account number | | **$90.90** |

Nonpriority Creditor's Name
**P.O. Box 809488**
**Chicago, IL 60680**
Number Street City State Zip Code

When was the debt incurred?  **2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Trading, LLC**

---

| Debtor 1 | David W. Lebsock | | |
|----------|------------------|--|--|
| Debtor 2 | Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |

---

**4.1 24**

**US Small Business Administration**
Nonpriority Creditor's Name
**10737 Gateway West #300**
**El Paso, TX 79935**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **7902**          **$94,900.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - Rosie's LLC**

---

**4.1 25**

**Viaero Wireless**
Nonpriority Creditor's Name
**1224 W. Platte Avenue**
**Fort Morgan, CO 80701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **5519**          **$746.04**

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Grain, LLC**

---

**4.1 26**

**Western States Bank**
Nonpriority Creditor's Name
**East Mulberry Branch**
**1520 E. Mulberry**
**Fort Collins, CO 80524**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**              **$538,564.29**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt - L7 Ag, LLC**

---

| Debtor 1 | David W. Lebsock | | |
|----------|------------------|---|---|
| Debtor 2 | Cheryl R. Lebsock | Case number (if known) | 22-10322 TBM |

---

**4.1 27**

**Wheatbelt, Inc.**
Nonpriority Creditor's Name
c/o J. Bryan Gwinn, Esq.
333 W. Hampden Ave., Suite 1000
Englewood, CO 80110
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        $43,421.31

**When was the debt incurred?**  2021

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - Dave Lebsock, LLC**

---

**4.1 28**

**Wiggins Electric**
Nonpriority Creditor's Name
P.O. Box 26
Wiggins, CO 80654
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        $441.44

**When was the debt incurred?**  2020

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Ag, LLC**

---

**4.1 29**

**Wolfe Waste, LLC**
Nonpriority Creditor's Name
P.O. Box 279
Wiggins, CO 80654
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  7366        $2,136.20

**When was the debt incurred?**  2021

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt - L7 Grain, LLC**

---

Debtor 1 **David W. Lebsock**
Debtor 2 **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

---

| 4.1 30 | **Wright Law Firm, LLC** | Last 4 digits of account number | | **$25,000.00** |

Nonpriority Creditor's Name
**Attn: Alexander Wright
111 Main Street
P.O. Box 884
Sterling, CO 80751**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Rosie's LLC**

---

| 4.1 31 | **Xcel Energy** | Last 4 digits of account number | **8031** | **$1,298.62** |

Nonpriority Creditor's Name
**P.O. Box 9477
Minneapolis, MN 55484-9477**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock 200 Hays, LLC**

---

| 4.1 32 | **Xcel Energy** | Last 4 digits of account number | **5893** | **$24.33** |

Nonpriority Creditor's Name
**P.O. Box 9477
Minneapolis, MN 55484-9477**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt - Lebsock Farms, LLC**

---

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number (*if known*) | **22-10322 TBM** |

| 4.1 33 | **Yellow Pages United** | Last 4 digits of account number | **6925** | **$396.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 50038**
**Jacksonville Beach, FL 32240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt - Dave Lebsock, LLC dba Mr. D's Ace Home Center**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**A.R.M. Solutions, Inc.**
**P.O. Box 3666**
**Camarillo, CA 93011**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Alexander L. Wright, Esq.**
**Wright Law Firm, LLC**
**111 Main Street**
**P.O. Box 884**
**Sterling, CO 80751**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.97** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Christopher K. Loftus, Esq.**
**Simmons Perrine Moyer Bergman PLC**
**115 Third Street SE, Suite 1200**
**Cedar Rapids, IA 52401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Christopher Richardson, Esq.**
**Davis Graham & Stubb LLP**
**1550 17th Street, Suite 500**
**Denver, CO 80202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Douglas Brown, Esq.**
**Brown Dunning Walker P.C.**
**2000 S. Colorado Blvd.**
**Tower Two, Suite 700**
**Denver, CO 80222**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Harry L. Simon, Esq.**
**10200 E. Girard Avenue**
**Building B, Suite 120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **David W. Lebsock**
Debtor 2  **Cheryl R. Lebsock**

Case number (if known)  **22-10322 TBM**

**Denver, CO 80231**

Last 4 digits of account number

---

Name and Address
**Harry L. Simon, Esq.**
**10200 E. Girard Avenue**
**Building B, Suite 120**
**Denver, CO 80231**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.92** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**J. Bryan Gwinn, Esq.**
**Volant Law, LLC**
**333 W. Hampden Avenue, Suite 1000**
**Englewood, CO 80110**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.127** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jeremy D. Peck, Esq.**
**Kutak Rock LLP**
**1801 California Street, Suite 3000**
**Denver, CO 80202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**John H. Bernstein, Esq.**
**Kutak Rock LLP**
**1801 California Street, Suite 3000**
**Denver, CO 80202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kyler Burgi, Esq.**
**Davis Graham & Stubbs LLP**
**1550 17th Street, Suite 500**
**Denver, CO 80202**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.61** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lori C. Hulbert, Esq.**
**SGR, LLC**
**3900 E. Mexico Avenue, Suite 700**
**Denver, CO 80210**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lori C. Hulbert, Esq.**
**326 Main Street**
**Sterling, CO 80751**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michael C. Payne, Esq.**
**Coan, Payton & Payne, Llc**
**1711 61st Avenue, Suite 100**
**Greeley, CO 80634**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.94** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Richard Beller, Esq.**
**Ringenberg & Beller, P.C.**
**1000 Centre Avenue**
**Suite 150**
**Fort Collins, CO 80526**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.126** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Robert Padjen, Esq.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

---

Debtor 1 **David W. Lebsock**
Debtor 2 **Cheryl R. Lebsock**

Case number (if known)   **22-10322 TBM**

**Assistant Attorney General**
**Colorado Dept. of Law**
**1300 Broadway, 8th Floor**
**Denver, CO 80203**

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ryan Ray, OBA** | Line **4.52** of (Check one): |
| **Norman Wohlgemuth, LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **3200 Mid-Continent Tower** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **401 S. Boston Avenue** | |
| **Tulsa, OK 74103** | |

Last 4 digits of account number

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 15,030,234.51 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 15,030,234.51 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                       Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cheryl R. Lebsock** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | 22-10322 TBM | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **22-10322 TBM** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| **Column 1:** **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | **Column 2:** **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Bobby Lebsock** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |
| 3.2   **Bobby Lebsock** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**JB&B Capital** |
| 3.3   **Botanix Equities, LLC**<br>**399 Knollwood Rd., Suite 318**<br>**White Plains, NY 10603** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**59 Investments, LLC** |
| 3.5 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.6 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.7 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |
| 3.8 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Bank of the West** |
| 3.9 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**BFG Corporation** |
| 3.10 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Bryn Mawr Equipment Finance** |
| 3.11 | **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.52___<br>☐ Schedule G _____<br>**Contrast Energy, LLC** |

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**m2 Equipment Finance, LLC** |
| 3.13 **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Pawnee Leasing Corporation** |
| 3.14 **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>**JB&B Capital** |
| 3.15 **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**CIT Financial** |
| 3.16 **Bradley Lebsock**<br>**106 Juniper Drive**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**AVT Colorado, L.P.** |
| 3.17 **Brandon Lebsock**<br>**33991 N. Casey Lane**<br>**Queen Creek, AZ 85142** | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.18 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Cranmore Fire Protection** |
| 3.19 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Allo Communications** |

| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**CenturyLink** |
| 3.21 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>**CenturyLink** |
| 3.22 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>**Mr. Breaker Company** |
| 3.23 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>**Nelson Wholesale Service** |
| 3.24 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Century Link** |
| 3.25 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>**Northeast Colorado Broadcasting** |
| 3.26 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Montana Silversmiths** |

| | |
|---|---|
| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** |

Case number *(if known)*  **22-10322 TBM**

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.27 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Cargill Animal Nutrition** |
| 3.28 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.133**___<br>☐ Schedule G _____<br>**Yellow Pages United** |
| 3.29 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.91**___<br>☐ Schedule G _____<br>**Northern Directory Publishing** |
| 3.30 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.74**___<br>☐ Schedule G _____<br>**KLM Products Group** |
| 3.31 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.89**___<br>☐ Schedule G _____<br>**Newco Inc.** |
| 3.32 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.81**___<br>☐ Schedule G _____<br>**Merchants Metals, Inc.** |
| 3.33 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**Cintas Corporation** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

|  | David W. Lebsock | | |
|---|---|---|---|
| Debtor 1 | Cheryl R. Lebsock | | Case number *(if known)*  **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.34   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Prairie Mountain Media**

3.35   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.59___
☐ Schedule G _____
**Gerkin Windows & Doors**

3.36   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
**Purina Animal Nutrition, Inc.**

3.37   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**R.W. Specialisties, LLC**

3.38   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
**SPS Companies, Inc.**

3.39   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
**Masterbrand Cabinets, Inc.**

3.40   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**Hastings Equity Manufacturing**

| Debtor 1 | David W. Lebsock |
|---|---|
| | Cheryl R. Lebsock |

Case number *(if known)*   **22-10322 TBM**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.41   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**DexYP**

---

3.42   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.101**___
☐ Schedule G _____
**Pitney Bowes**

---

3.43   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.51**___
☐ Schedule G _____
**Colorado Narfe News**

---

3.44   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.120**___
☐ Schedule G _____
**The Fence Post**

---

3.45   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.13**___
☐ Schedule G _____
**Amerigas Propane LP**

---

3.46   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.80**___
☐ Schedule G _____
**Media Logic Radio**

---

3.47   **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.4**___
☐ Schedule G _____
**Advanced Drainage Systems, Inc.**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | | Case number *(if known)* | **22-10322 TBM** |
| --- | --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.48    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.99**___<br>☐ Schedule G _____<br>**Pepsi-Cola** |
| 3.49    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.79**___<br>☐ Schedule G _____<br>**Matheson Tri Gas** |
| 3.50    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**Justin Boot** |
| 3.51    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.73**___<br>☐ Schedule G _____<br>**Justin Boot** |
| 3.52    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.75**___<br>☐ Schedule G _____<br>**Kuskie Oil** |
| 3.53    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.121**___<br>☐ Schedule G _____<br>**TimePayment** |
| 3.54    **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**Agfinity, Inc.** |

| Debtor 1 | David W. Lebsock |  | Case number *(if known)* | **22-10322 TBM** |
| --- | --- | --- | --- | --- |
|  | Cheryl R. Lebsock |  |  |  |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.55 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.56 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ■ Schedule D, line ___**2.5**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.57 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.68**___<br>☐ Schedule G _____<br>**Integro, LLC** |
| 3.58 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.119**___<br>☐ Schedule G _____<br>**Territorial Bank of America Samoa** |
| 3.59 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.8**___<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.60 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**BFG Corporation** |
| 3.61 | **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Bryn Mawr Equipment Finance** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.62 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G _____<br>**GreatAmerica Financial Services** |
| 3.63 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**m2 Equipment Finance, LLC** |
| 3.64 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Pattlen Enterprises, Inc.** |
| 3.65 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Pawnee Leasing Corporation** |
| 3.66 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>**Stearns Bank** |
| 3.67 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>**Wheatbelt, Inc.** |
| 3.68 **Dave Lebsock, LLC**<br>**dba Mr. D's Ace Home Center**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**JB&B Capital** |

| Debtor 1 | David W. Lebsock | Case number *(if known)* | 22-10322 TBM |
|---|---|---|---|
| | Cheryl R. Lebsock | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.69 **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**John Deere Capital Corporation**

3.70 **Dave Lebsock, LLC**
**dba Mr. D's Ace Home Center**
**17566 CR 30**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
**Midwest Laboratories, Inc.**

3.71 **Erker Grain Company**
**16436 County Road 18.5**
**Fort Morgan, CO 80701**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**BKD CPAs & Advisors**

3.72 **Erker Grain Company**
**16436 County Road 18.5**
**Fort Morgan, CO 80701**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Allo Communications**

3.73 **Erker Grain Company**
**16436 County Road 18.5**
**Fort Morgan, CO 80701**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**City of Fort Morgan**

3.74 **Erker Grain Company**
**16436 County Road 18.5**
**Fort Morgan, CO 80701**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**City of Fort Morgan**

3.75 **Erker Grain Company**
**16436 County Road 18.5**
**Fort Morgan, CO 80701**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Colorado**

3.76 **Home Bound Properties, LLC**
**106 Juniper Dr.**
**Sterling, CO 80751**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Colorado**

| Debtor 1 | David W. Lebsock |  | Case number *(if known)* | 22-10322 TBM |
|---|---|---|---|---|
|  | Cheryl R. Lebsock |  |  |  |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.77 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>**Great Western Tire Corporate** |
| 3.78 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>**Herc Rentals** |
| 3.79 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.100___<br>☐ Schedule G _____<br>**Perfection Door Company** |
| 3.80 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Botanacor Laboratories, LLC** |
| 3.81 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>**Presto-X** |
| 3.82 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**Ag Teck Repair, Inc.** |
| 3.83 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.109___<br>☐ Schedule G _____<br>**Rock River Laboratory, Inc.** |
| 3.84 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>**CHS** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | David W. Lebsock |
| | Cheryl R. Lebsock |

Case number *(if known)*   **22-10322 TBM**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.85   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
**Mid-America Truck Equipment, Inc.**

3.86   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**Citywide Banks**

3.87   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.111__
☐ Schedule G _____
**Sandhills Publishing**

3.88   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.86__
☐ Schedule G _____
**Morgan County REA**

3.89   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.122__
☐ Schedule G _____
**TundraFMP**

3.90   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.128__
☐ Schedule G _____
**Wiggins Electric**

3.91   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.114__
☐ Schedule G _____
**Sunflower Bank**

3.92   **L7 Ag, LLC**
**17408 Hwy 14**
**Sterling, CO 80751**

☐ Schedule D, line _____
■ Schedule E/F, line __4.47__
☐ Schedule G _____
**City of Fort Morgan**

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | Case number *(if known)* | 22-10322 TBM |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.93 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.94 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>**City of Sterling** |
| 3.95 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>**Chamberlain Concrete** |
| 3.96 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>**Chamberlain's, LLC** |
| 3.97 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.118___<br>☐ Schedule G _____<br>**Taylor Implement Co., Inc.** |
| 3.98 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**Better Electric, Inc.** |
| 3.99 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**59 Investments, LLC** |
| 3.100 **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |

| Debtor 1 | **David W. Lebsock** **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

| 3.10 1 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ■ Schedule D, line ___2.5___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **The Galinn Fund, LLC** |

| 3.10 2 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.56___ ☐ Schedule G _____ **Farm Credit Services of America** |

| 3.10 3 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.31___ ☐ Schedule G _____ **Chase** |

| 3.10 4 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.12___ ☐ Schedule G _____ **American National Bank** |

| 3.10 5 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.16___ ☐ Schedule G _____ **Bank of the West** |

| 3.10 6 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.71___ ☐ Schedule G _____ **John Deere Capital Corporation** |

| 3.10 7 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.126___ ☐ Schedule G _____ **Western States Bank** |

| 3.10 8 | **L7 Ag, LLC** **17408 Hwy 14** **Sterling, CO 80751** | ■ Schedule D, line ___2.4___ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **SunTrust Bank** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** | | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>9 | **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | ■ Schedule D, line ___**2.2**___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of America** |
| 3.11<br>0 | **L7 Ag, LLC**<br>**17408 Hwy 14**<br>**Sterling, CO 80751** | □ Schedule D, line _____<br>■ Schedule E/F, line ___**4.61**___<br>□ Schedule G _____<br>**Granite Hall Master Fund Series, LLC** |
| 3.11<br>1 | **L7 BG, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ■ Schedule D, line ___**2.3**___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of Colorado** |
| 3.11<br>2 | **L7 FM Elevator, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | □ Schedule D, line _____<br>■ Schedule E/F, line ___**4.85**___<br>□ Schedule G _____<br>**Morgan County Quality Water** |
| 3.11<br>3 | **L7 Golf, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ■ Schedule D, line ___**2.3**___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of Colorado** |
| 3.11<br>4 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | □ Schedule D, line _____<br>■ Schedule E/F, line ___**4.37**___<br>□ Schedule G _____<br>**CIT Group, Inc.** |
| 3.11<br>5 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | □ Schedule D, line _____<br>■ Schedule E/F, line ___**4.93**___<br>□ Schedule G _____<br>**Northwestern Railroad Construction, Inc.** |
| 3.11<br>6 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | □ Schedule D, line _____<br>■ Schedule E/F, line ___**4.107**___<br>□ Schedule G _____<br>**Pro Institutional** |

| Debtor 1 | David W. Lebsock | Case number *(if known)* | 22-10322 TBM |
|---|---|---|---|
| | Cheryl R. Lebsock | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>7 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Culligan Water** |
| 3.11<br>8 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>**Presto-X** |
| 3.11<br>9 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>**Presto-X** |
| 3.12<br>0 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.117___<br>☐ Schedule G _____<br>**Tandem Finance** |
| 3.12<br>1 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.129___<br>☐ Schedule G _____<br>**Wolfe Waste, LLC** |
| 3.12<br>2 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.125___<br>☐ Schedule G _____<br>**Viaero Wireless** |
| 3.12<br>3 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**Builders Aggregate Co.** |
| 3.12<br>4 | **L7 Grain, LLC**<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**City of Fort Morgan** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** |

Case number *(if known)*   **22-10322 TBM**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.125 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.41**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.126 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.42**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.127 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.43**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.128 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.44**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.129 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.130 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.46**___<br>☐ Schedule G _____<br>**City of Fort Morgan** |
| 3.131 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.110**___<br>☐ Schedule G _____<br>**Sailsbery Supply Co.** |
| 3.132 **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |

| Debtor 1 | **David W. Lebsock**<br>**Cheryl R. Lebsock** | | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>3 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.13<br>4 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |
| 3.13<br>5 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**BFG Corporation** |
| 3.13<br>6 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Bryn Mawr Equipment Finance** |
| 3.13<br>7 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**m2 Equipment Finance, LLC** |
| 3.13<br>8 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Pawnee Leasing Corporation** |
| 3.13<br>9 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**CIT Financial** |
| 3.14<br>0 | **L7 Grain, LLC**<br>**113 Ensign Street**<br>**Fort Morgan, CO 80701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Frenchman Valley Farmers Coop** |

| Debtor 1 | David W. Lebsock | Case number *(if known)* | 22-10322 TBM |
|---|---|---|---|
| | Cheryl R. Lebsock | | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>1 | **L7 Holdings, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**59 Investments, LLC** |
| 3.14<br>2 | **L7 Holdings, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.14<br>3 | **L7 Holdings, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.14<br>4 | **L7 Holdings, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**Alliance Funding Group** |
| 3.14<br>5 | **L7 Holdings, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**BFG Corporation** |
| 3.14<br>6 | **L7 Trading, LLC**<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>**BNSF Railway Company** |
| 3.14<br>7 | **L7 Trading, LLC**<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**Great Copier Service** |
| 3.14<br>8 | **L7 Trading, LLC**<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**Federal Express** |

| Debtor 1 | David W. Lebsock | Case number *(if known)* | 22-10322 TBM |
|---|---|---|---|
| | Cheryl R. Lebsock | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.14 9 | L7 Trading, LLC<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Cintas Corporation** |
|---|---|---|
| 3.15 0 | L7 Trading, LLC<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.123__<br>☐ Schedule G _____<br>**UPS** |
| 3.15 1 | L7 Trading, LLC<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**C2C Resources, LLC** |
| 3.15 2 | L7 Trading, LLC<br>113 Ensign St.<br>Fort Morgan, CO 80701 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.15 3 | Lebsock 1350 West Main, LLC<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.15 4 | Lebsock 1350 West Main, LLC<br>113 Ensign Street<br>Fort Morgan, CO 80701 | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.15 5 | Lebsock 200 Hays, LLC<br>17566 CR 30<br>Sterling, CO 80751 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.15 6 | Lebsock 200 Hays, LLC<br>17566 CR 30<br>Sterling, CO 80751 | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| **David W. Lebsock** | |
| Debtor 1 **Cheryl R. Lebsock** | Case number *(if known)* **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>7 **Lebsock 200 Hays, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Integro, LLC** |
| 3.15<br>8 **Lebsock 200 Hays, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>**Xcel Energy** |
| 3.15<br>9 **Lebsock 7, LLLP**<br>Attn: Brad Lebsock<br>17282 County Rd 32<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**Parr Brown Gee & Loveless, P.C.** |
| 3.16<br>0 **Lebsock 7, LLLP**<br>Attn: Brad Lebsock<br>17282 County Rd 32<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**Goldman, Evans & Trammell, LLC** |
| 3.16<br>1 **Lebsock 7, LLLP**<br>Attn: Brad Lebsock<br>17282 County Rd 32<br>Sterling, CO 80751 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.16<br>2 **Lebsock 7, LLLP**<br>Attn: Brad Lebsock<br>17282 County Rd 32<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>**Farm Credit Services of America** |
| 3.16<br>3 **Lebsock 7, LLLP**<br>Attn: Brad Lebsock<br>17282 County Rd 32<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>4 | **Lebsock 7, LLLP**<br>**Attn: Brad Lebsock**<br>**17282 County Rd 32**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Bank of the West** |
| 3.16<br>5 | **Lebsock 7, LLLP**<br>**Attn: Brad Lebsock**<br>**17282 County Rd 32**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Contrast Energy, LLC** |
| 3.16<br>6 | **Lebsock 7, LLLP**<br>**Attn: Brad Lebsock**<br>**17282 County Rd 32**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.126**___<br>☐ Schedule G _____<br>**Western States Bank** |
| 3.16<br>7 | **Lebsock 7, LLLP**<br>**Attn: Brad Lebsock**<br>**17282 County Rd 32**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**AVT Colorado, L.P.** |
| 3.16<br>8 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.102**___<br>☐ Schedule G _____<br>**Plains Irrigation Company, Inc.** |
| 3.16<br>9 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Great Western Tire Corporate** |
| 3.17<br>0 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Farm Credit Services of America** |
| 3.17<br>1 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.8**___<br>☐ Schedule G _____<br>**Alliance Funding Group** |

| Debtor 1 | David W. Lebsock<br>Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17 2 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**BFG Corporation** |
| 3.17 3 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Northland Capital Financial Services** |
| 3.17 4 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**Xcel Energy** |
| 3.17 5 | **Lebsock Farms, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**AgriSompo North America** |
| 3.17 6 | **Lindi McNabb** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |
| 3.17 7 | **Rosie's, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Colorado** |
| 3.17 8 | **Rosie's, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Logan County Treasurer** |
| 3.17 9 | **Rosie's, LLC**<br>**17566 CR 30**<br>**Sterling, CO 80751** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G _____<br>**Jaeger Enterprises, LLC** |

| Debtor 1 | David W. Lebsock | Case number *(if known)* | 22-10322 TBM |
| --- | --- | --- | --- |
| | Cheryl R. Lebsock | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.18 0 **Rosie's, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.18 1 **Rosie's, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>**US Small Business Administration** |
| 3.18 2 **Rosie's, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**Highline Electric Association** |
| 3.18 3 **Rosie's, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Integro, LLC** |
| 3.18 4 **Rosie's, LLC**<br>17566 CR 30<br>Sterling, CO 80751 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.130___<br>☐ Schedule G _____<br>**Wright Law Firm, LLC** |
| 3.18 5 **The Biomass Fund, LLC**<br>399 Knollwood Rd., Suite 318<br>White Plains, NY 10603 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**The Galinn Fund, LLC** |
| 3.18 6 **Ty Lebsock** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>**Ascentium Capital, LLC** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| Debtor 2<br>(Spouse, if filing) | **Cheryl R. Lebsock** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number<br>(If known) | **22-10322 TBM** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Manager/Operator** | |
| | Employer's name | **Big D, LLC** | |
| | Employer's address | **17566 CR 30**<br>**Sterling, CO 80751** | |
| | How long employed there? | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 5,769.24 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 5,769.24 | $ 0.00 |

Debtor 1   **David W. Lebsock**
Debtor 2   **Cheryl R. Lebsock**                                      Case number (*if known*)   **22-10322 TBM**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $   5,769.24 | $   0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $   1,097.34 | $   0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $   0.00 | $   0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $   0.00 | $   0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $   0.00 | $   0.00 |
| 5e. | **Insurance** | 5e. | $   0.00 | $   0.00 |
| 5f. | **Domestic support obligations** | 5f. | $   0.00 | $   0.00 |
| 5g. | **Union dues** | 5g. | $   0.00 | $   0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $   0.00 + | $   0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $   1,097.34 | $   0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $   4,671.90 | $   0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   0.00 | $   0.00 |
| 8b. | **Interest and dividends** | 8b. | $   0.00 | $   0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   0.00 | $   0.00 |
| 8d. | **Unemployment compensation** | 8d. | $   0.00 | $   0.00 |
| 8e. | **Social Security** | 8e. | $   0.00 | $   0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $   0.00 | $   0.00 |
| 8g. | **Pension or retirement income** | 8g. | $   0.00 | $   0.00 |
| 8h. | **Other monthly income.** Specify: **Rental Income (85 acres at $300 per acre/yr)** | 8h.+ | $   2,125.00 + | $   0.00 |
| | **Estimated average monthly income from other bus.** | | $   15,000.00 | $   0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $   17,125.00 | $   0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   21,796.90 + $   0.00 = | $   21,796.90 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                                 11. +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                     12. | $   21,796.90

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

---

Official Form 106I                                **Schedule I: Your Income**                                page 2

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| Debtor 2 (Spouse, if filing) | **Cheryl R. Lebsock** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (If known) | **22-10322 TBM** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**          ■ No

    Do not list Debtor 1 and Debtor 2.           ☐ Yes.

    Do not state the dependents names.

    | Fill out this information for each dependent............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|---|
    | | _____ | _____ | ☐ No ☐ Yes |
    | | _____ | _____ | ☐ No ☐ Yes |
    | | _____ | _____ | ☐ No ☐ Yes |
    | | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**          ■ No          ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4.  $                0.00

    If not included in line 4:

    | 4a. | Real estate taxes | 4a. | $ | 492.57 |
    |---|---|---|---|---|
    | 4b. | Property, homeowner's, or renter's insurance | 4b. | $ | 1,424.75 |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ | 200.00 |
    | 4d. | Homeowner's association or condominium dues | 4d. | $ | 0.00 |

5.  **Additional mortgage payments for your residence,** such as home equity loans          5.  $                0.00

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number (if known) | **22-10322 TBM** |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **325.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **75.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **275.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **0.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | **4,292.32** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,292.32** |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **21,796.90** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,292.32** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **17,504.58** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number | **22-10322 TBM** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ David W. Lebsock** | X **/s/ Cheryl R. Lebsock** |
|---|---|
| David W. Lebsock | Cheryl R. Lebsock |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **March 1, 2022** | Date **March 1, 2022** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David W. Lebsock** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Cheryl R. Lebsock** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **22-10322 TBM** |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

**59 Investments, LLC**
**10172 Road 82**
**Bridgeport, NE 69336**

What is the nature of the claim?   Business debt - Rosie's LLC          $4,050,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:          -  _____
         Unsecured claim

_____
Contact

_____
Contact phone

**2**

**Alliance Funding Group**
**c/o Harry L. Simon, Esq.**
**10200 E. Girard Ave.**
**Building B, Suite 120**
**Denver, CO 80231**

What is the nature of the claim?   Business debt          $269,208.10

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)

_____
Contact

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | David W. Lebsock | | | |
|---|---|---|---|---|
| Debtor 2 | Cheryl R. Lebsock | | Case number *(if known)* | **22-10322 TBM** |

Contact phone _____

Value of security: - _____
Unsecured claim _____

---

**3**

Ascentium Capital, LLC
c/o John H. Bernstein, Esq.
Kutak Rock LLP
1801 Caliifornia St., Suite 3000
Denver, CO 80202

Contact _____

Contact phone _____

What is the nature of the claim?   **Business debt**   $112,763.07

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: - _____
  Unsecured claim _____

---

**4**

Bank of Colorado
131 W. Main Street
Sterling, CO 80751

Contact _____

Contact phone _____

What is the nature of the claim?   **Business loans for David Lebsock, LLC and L7 FM Elevator, LLC cross-collateralized with numerous other real and personal property**   $3,770,693.63

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $3,905,693.63
  Value of security: - $135,000.00
  Unsecured claim   $3,770,693.63

---

**5**

Bank of the West
c/o Douglas Brown, Esq.
2000 S. Colorado Blvd.
Tower 2, Suite 700
Denver, CO 80222

Contact _____

Contact phone _____

What is the nature of the claim?   **Business debt**   $303,202.39

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: - _____
  Unsecured claim _____

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

---

**6**

**BFG Corporation**
**dba Byline Financial Group**
**c/o Allan S. Massey, Esq.**
**125 S. Howes St., Suite 1100**
**Fort Collins, CO 80521**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim? **Business debt** $137,308.42

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     - _____
   Unsecured claim                          _____

---

**7**

**Bryn Mawr Equipment Finance**
**c/o Keith N. Renaldo, Esq.**
**218 N. Church St., Suite E**
**West Chester, PA 19380**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim? **Business debt** $95,147.20

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     - _____
   Unsecured claim                          _____

---

**8**

**CIT Financial**
**155 Commerce Way**
**Portsmouth, NH 03801**

_____

_____
Contact

_____
Contact phone

What is the nature of the claim? **Business debt - L7 Grain, LLC** $220,000.00

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                     - _____
   Unsecured claim                          _____

---

**9**

**Farm Credit Services of America**
**Credit & Resolutions**
**P.O. Box 2409**

What is the nature of the claim? **Deficiency on business equipment sold at auction on 11/10/21** $298,669.74

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | |
|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | Case number *(if known)* | **22-10322 TBM** |

**Omaha, NE 68103**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -

Unsecured claim

Contact

Contact phone

---

**10**

**Granite Hall Master Fund Series, LLC**
**Harvest Moon**
**c/o Kyler Burgi, Esq.**
**1550 17th Street, Suite 500**
**Denver, CO 80202**

What is the nature of the claim?   **Business debt - L7 Ag, LLC**   $5,200,000.00

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -

Unsecured claim

Contact

Contact phone

---

**11**

**Integro, LLC**
**c/o Timothy J. Dolan**
**2915 SR 590, Suite 15**
**Clearwater, FL 33759**

What is the nature of the claim?   **Business debt**   $525,808.11

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security: -

Unsecured claim

Contact

Contact phone

---

**12**

**Jaeger Enterprises, LLC**
**25101 CR 7**
**Merino, CO 80741**

What is the nature of the claim?   **Business debt - Rosie's LLC**   $1,500,000.00

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | Case number *(if known)* | **22-10322 TBM** |
|---|---|---|---|---|
| Debtor 2 | **Cheryl R. Lebsock** | | | |

|  |  |  |  |
|---|---|---|---|
| | ■ | No | |
| Contact | □ | Yes. Total claim (secured and unsecured) | |
| | | Value of security: | - _____ |
| Contact phone | | Unsecured claim | _____ |

---

**13**

**JB&B Capital**
**1111 Northshore Drive**
**Suite P270**
**Knoxville, TN 37919**

What is the nature of the claim?        **Business debt**        **$119,086.23**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- □ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- □ Yes. Total claim (secured and unsecured)
  - Value of security:        - _____
  - Unsecured claim        _____

Contact

Contact phone

---

**14**

**m2 Equipment Finance, LLC**
**fka m2 Lease Funds, LLC**
**175 N. Patrick Blvd.**
**Brookfield, WI 53045**

What is the nature of the claim?        **Business debt**        **$63,793.96**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- □ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- □ Yes. Total claim (secured and unsecured)
  - Value of security:        - _____
  - Unsecured claim        _____

Contact

Contact phone

---

**15**

**Northland Capital Financial**
**Services**
**333 33rd Avenue S.**
**Saint Cloud, MN 56301**

What is the nature of the claim?        **Business debt -**
**Lebsock Farms, LLC**        **$402,082.53**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- □ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- □ Yes. Total claim (secured and unsecured)
  - Value of security:        - _____
  - Unsecured claim        _____

Contact

Contact phone

---

**16**

What is the nature of the claim?        **Business debt**        **$180,116.45**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | David W. Lebsock | | |
|----------|------------------|---|---|
| Debtor 2 | Cheryl R. Lebsock | Case number *(if known)* | **22-10322 TBM** |

**Pawnee Leasing Corporation**
**c/o Harry L. Simon, Esq.**
**10200 E. Girard Avenue**
**Building B, Suite 120**
**Denver, CO 80231**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

_____

Contact
_____

Contact phone
_____

---

**17**

**Territorial Bank of America Samoa**
**c/o Jaren Nichole Wieland, Esq.**
**512 W. Idaho St.**
**Suite 103**
**Boise, ID 83702**

What is the nature of the claim? | **Business debt - David Lebsock, LLC** | **$200,400.40**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

_____

Contact
_____

Contact phone
_____

---

**18**

**The Galinn Fund, LLC**
**399 Knollwood Road**
**Suite 318**
**White Plains, NY 10603**

What is the nature of the claim? | **Business debt - Rosie's LLC secured by second mortgage on residence located at 17566 CR 30 Sterling, CO 80751  Logan County cross-collateralized with** | **$12,750,000.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) | **$12,750,000.00**
  - Value of security: - | **$2,000,000.00**
  - Unsecured claim | **$12,750,000.00**

_____

Contact
_____

Contact phone
_____

---

**19**

What is the nature of the claim? | **Business debt -** | **$94,900.00**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **David W. Lebsock** | | Case number *(if known)* | **22-10322 TBM** |
| Debtor 2 | **Cheryl R. Lebsock** | | | |

| | | | **Rosie's LLC** | |
| --- | --- | --- | --- | --- |

**US Small Business Administration**
10737 Gateway West #300
El Paso, TX 79935

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**20**

**Western States Bank**
**East Mulberry Branch**
**1520 E. Mulberry**
**Fort Collins, CO 80524**

What is the nature of the claim?   **Business debt - L7 Ag, LLC**   **$538,564.29**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:   - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ David W. Lebsock**
David W. Lebsock
Signature of Debtor 1

X **/s/ Cheryl R. Lebsock**
Cheryl R. Lebsock
Signature of Debtor 2

Date   **March  1, 2022**

Date   **March  1, 2022**