# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

   David W. Lebsock
   SSN: XXX-XX-4858

   Cheryl R. Lebsock
   SSN: XXX-XX-4233

          Debtors.

Case No.: 22-10322-TBM

Chapter: 11

### DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY RUBINBROWN, LLP AS ACCOUNTING PROFESSIONALS

     Debtors-in-Possession, David W. Lebsock and Cheryl R. Lebsock (collectively, the "**Debtors**"), submit this *Ex Parte* Application to Employ RubinBrown, LLP as Accounting Professionals under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, and states as follows:

     1.    On February 1, 2022 (the "**Petition Date**"), the Debtors filed their voluntary petition for bankruptcy pursuant to Chapter 11 of the United State Bankruptcy Code (the "**Bankruptcy Code**"). *See* Dkt. No. 1.

     2.    The Debtors are debtors-in-possession of their scheduled property and will continue operating and managing their various businesses under 11 U.S.C. §§ 1107 and 1108.

     3.    As reflected in their petition, the Debtors are full and partial owners of several entities that operate in various industries including but not limited to agricultural and farming, commercial real estate, and other related businesses. They are currently in the process of reorganizing their debts.

     4.    On February 1, 2022, the Debtors filed (1) an *Ex Parte* Application to Employ Allen Vellone Wolf Helfrich & Factor, P.C. ("**AVWHF**") as Counsel pursuant to 11 U.S.C. § 327(a) (the "**Application to Employ AVWHF**"); (2) Motion to Approve Post-Petition Retainer to be Provided by the Debtors-in-Possession to AVWHF (the "**Post-Petition Retainer Motion**"); and (3) a Motion for Order Approving Interim Advance Payment Procedures for All Professionals, (as amended in the Renewed Motion for Order Approving Interim Advance Payment Procedures for All

1

Professionals on March 4, 2022) (the "**Interim Payment Motion**"). *See* Dkt. Nos. 8, 9, 12 and 54.

5. On February 25, 2022, the Court entered orders granting both the Application to Employ AVWHF and the Post-Petition Retainer Motion, and the Interim Payment Motion on March 7, 2022. *See* Dkt. Nos. 44, 45, 46 and 57.

6. Section 327(a) of the Bankruptcy Code provides that the Debtors, with the Court's approval, may employ professional persons, including accountants, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to assist the Debtors in their chapter 11 reorganization.

7. Through this Application, the Debtors request this Court to authorize their employment of RubinBrown, LLP ("**RubinBrown**") as the Estate's accounting professionals in this case to act as the Bankruptcy Estate's accountants and prepare and file the Debtors' state and federal tax returns, and to provide expert witness services, including forensic accounting and testimony in any avoidance or other litigation filed in connection with this bankruptcy case.

8. The Affidavit and Fee Disclosure Statement of Stephanie J. Drew of RubinBrown is submitted with this application as **Exhibit A**.

9. RubinBrown has reviewed the lists of creditors and parties in interest in this case and to the best of its knowledge, there are no actual or potential conflicts. RubinBrown accordingly believes it is a "disinterested person" under the Bankruptcy Code for employment in this case. *See* **Ex. A.** RubinBrown has no connection with the Debtors, the Debtors' creditors, the U.S. Trustee or any person employed by the U.S. Trustee, or any other party in interest, their respective attorneys and/or accountants.

10. RubinBrown's fees will be based on the hourly rates generally charged for those involved, as adjusted over the period of the engagement in accordance with the Firm's engagement agreement. Currently, the standard hourly billing rate Stephanie J. Drew, a partner in RubinBrown's Corporate Finance and Forensic Services Group who will be responsible for managing and overseeing work performed in this matter, currently bills at the rate of $400.00 per hour. *See* **Ex A**. The rates of primary managers, accountants and staff members that may assist in this matter a. The Debtors believe RubinBrown's fees arere as follows:

| Title: | Hourly Rate |
|---|---|
| Partner | $300.00 – $520.00 |
| Manager | $240.00 – $330.00 |
| Senior Accountant | $165.00 – $240.00 |

|  |  |
|---|---|
| Staff Accountant | $100.00 – $160.00 |
| Administrative | $150.00 |

11. Debtors submit that RubinBrown's fees are reasonable and its employment should be approved under §§ 327 and 328 of the Bankruptcy Code. *See* **Ex. A.**

12. If its employment is approved by the Court, RubinBrown will be subject to the Interim Payment Order entered in this case as a professional of the Debtors.

13. RubinBrown understands that awards of compensation and expenses herein shall be sought through submission of Fee Applications pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rule of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure of this Court. The Debtors believe that retention of RubinBrown is warranted and in the best interest of Debtors' estate.

14. The Debtors believe that the employment of RubinBrown as their accounting professionals, pursuant to 11 U.S.C. § 327(a), is in the best interest of their creditors and the Bankruptcy Estate.

WHEREFORE, Debtors, David and Cheryl Lebsock, respectfully requests that this Court authorize the employment of RubinBrown, LLP as accounting professionals to perform the services as set forth herein, and for such other and further relief as the Court deems just and proper.

DATED this 3rd day of May, 2022.

RESPECTFULLY SUBMITTED,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*s/ Rachel A. Sternlieb*
Patrick D. Vellone, # 15284
Rachel A. Sternlieb, #51404
1600 Stout Street, Ste. 1900
Denver, Colorado 80202
Tel: (303) 534-4499
pvellone@allen-vellone.com
rsternlieb@allen-vellone.com

**ATTORNEYS FOR DAVID AND CHERYL LEBSOCK, DEBTORS-IN-POSSESSION**

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2022, I served via CM/ECF the **Debtors'** *Ex Parte* **Application to Employ RubinBrown, LLP as Accounting Professionals** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Richard D. Beller
Ringenberg & Beller, P.C.
rdb@rb-legal.com

Alan K. Motes
United States Trustee
Alan.Motes@usdoj.gov

Robert Padjen
Colorado Department of Law
Robert.padjen@coag.gov

Douglas W. Brown
Brown Dunning Walker Fein, P.C.
dbrown@bdwf-firm.com

Arvind Nath Rawal
AIS Portfolio Services, LP
ECFNotices@aisinfo.com

Christopher L. Richardson
Kyler Burgi
David Graham & Stubbs, LLP
chris.richardson@dgslaw.com
kyler.burgi@dgslaw.com

Christin A. Kaelin
Harry L. Simon, P.C.
ckaelin@hlsimonlaw.com

Russell J. Sprague
Cline Williams Wright Johnson & Oldfather, LLP
Email: rsprague@clinewilliams.com

Valerie Smith
c/o PRA Receivables Management, LLC
E-mail: Claims_RMSC@PRAGroup.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeremy Peck
Kutak Rock LLP
jeremy.peck@kutakrock.com

Beverly Edwards
The Rocky Mountain Law Group
bedwards@rmlgrp.com

Irvin Borenstein
Borenstein & Associates, LLC
irv@ibalegal.com

Michael C. Payne
Natalie Curry
Coan, Payton & Payne, LLC
mpayne@cp2law.com
ncurry@cp2law.com

Matthew A. Niznik
Sparks Willson, P.C.
man@sparkswillson.com

Brian T. Ray
Hatch Ray Olsen Conant, LLC
bray@hatchlawyers.com

4

5

| | |
|---|---|
| Lori C Hulbert<br>SGR, LLC<br>lhulbert@sgrllc.com | John A. O'Brien<br>Spencer Fane, LLP<br>jobrien@spencerfane.com |

*/s/ Terri M. Novoa*
Allen Vellone Wolf Helfrich & Factor, P.C.

5