# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>David W. Lebsock<br>SSN: XXX-XX-4858<br><br>Cheryl R. Lebsock<br>SSN: XXX-XX-4233<br><br>Debtors. | Case No.: 22-10322-TBM<br><br>Chapter: 11 |

**AFFIDAVIT AND FEE DISCLOSURE STATEMENT OF
STEPHANIE J. DREW, CPA, MST, CIRA, CFE**

STATE OF COLORADO           )
                            )
CITY AND COUNTY OF  Denver  )

I, Stephanie J. Drew, declare under penalty of perjury that:

1. I am a partner RubinBrown LLP's Corporate Finance and Forensic Services Group (the "Firm" or "RubinBrown"), an accounting firm with its Denver office located at 1900 16th Street, Suite 300, Denver, Colorado 80202.

2. Debtors in the above-captioned case have requested that RubinBrown be employed as accounting professionals in this case to act as the bankruptcy estate's accountants and prepare and file the Debtors' state and federal tax returns, and to provide expert witness services, including forensic accounting services and testimony in any avoidance or other litigation filed in connection with this bankruptcy case.

3. I am the partner on this engagement and will be responsible for managing and overseeing the work performed in this case, which will, to the extent practicable, be performed by lower billing managers, and/or senior and staff accountants performing work in this case subject to my supervision and oversight.

4. RubinBrown and I have extensive experience in providing tax services and expert witness and forensic accounting services in connection with litigation support and with respect to the matters for which it is to be employed in this case.

5. Neither I, nor the Firm, nor its employees have identified any interest adverse to the Bankruptcy Estate in this case with respect to the matters in which I and the Firm are being employed as defined pursuant to 11 U.S.C. § 327(a). The Firm

**- EXHIBIT A -
Page 1 of 2**

has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's Office, or any other person employed in the United States Trustee's Office.

6. RubinBrown will not be paid pursuant to non-traditional compensation. Rather, the Firm has agreed to be compensated on this matter based on its normal and customary hourly rates charged on similar matters. My rate is currently $400.00 per hour. The rates of primary staff members and managers are as follows.

| Title: | Hourly Rate |
|---|---|
| Partner | $300.00 – $520.00 |
| Manager | $240.00 – $330.00 |
| Senior Accountant | $165.00 – $240.00 |
| Staff Accountant | $100.00 – $160.00 |
| Administrative | $150.00 |

7. The Firm understands that payment of fees is subject to applications to and approval by the Bankruptcy Court pursuant to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Procedure of this Court.

8. The Firm has not agreed to share any compensation for its work in this case with any other person or entity.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 3, 2022.

*Stephanie J. Drew*
Stephanie J. Drew