# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>David W. Lebsock<br>SSN: XXX-XX-4858<br><br>Cheryl R. Lebsock<br>SSN: XXX-XX-4233<br><br>Debtors. | Case No.:  22-10322-TBM<br><br>Chapter:  11 |

### [PROPOSED] ORDER GRANTING DEBTORS' *EX PARTE* APPLICATION TO EMPLOY RUBINBROWN, LLP AS ACCOUNTING PROFESSIONALS

THIS MATTER is before the Court on the *Ex Parte* Application to Employ RubinBrown, LLP as Accounting Professionals filed by David and Cheryl Lebsock ("**Debtors**") pursuant to 11 U.S.C. § 367(a) and Fed. R. Bankr. P. 2014 (the "**Application**"). The Court, having reviewed the Application, is advised in the premises, and there being good cause for granting the Application, hereby

FINDS that RubinBrown, LLP ("**RubinBrown**") is a disinterested person who is eligible to serve as accounting professionals for the Debtors herein, and that RubinBrown is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions has agreed to accept the employment as accounting professionals for Debtors; and

IT IS HEREBY ORDERED that RubinBrown is hereby employed as accounting professionals for Debtors under 11 U.S.C. § 327(a) to as the Estate's accounting professionals in this case with its compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval upon proper application therefor, except that RubinBrown shall be entitled to the procedures set forth in the Interim Payment Order (defined in the Application), as it is a professional of the Debtor to which the Order applies. RubinBrown's employment shall consist of its serving as the Bankruptcy Estate's accountants, including but not limited to, preparing and filing the Debtors' state and federal tax returns, and providing expert witness services, including forensic accounting and testimony in any avoidance or other litigation filed in connection with this bankruptcy case.

Dated: this _____ day of _____, 2022.

BY THE COURT:

_____
Hon. Thomas B. McNamara
U.S. Bankruptcy Court Judge