# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| David W Lebsock & Cheryl R Lebsock | ) | |
| | ) | CASE NO. 22-10322-TBM |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

Colorado Department of Revenue hereby withdraws Claim # 52-1. The proof of claim was filed as a duplicate under the bankruptcy

Respectfully submitted this 11th day of July, 2023.

COLORADO DEPARTMENT OF REVENUE

By: /s/ Jenny Pak
**Bankruptcy Compliance Specialist,**
**Attn: Bankruptcy Unit Rm 104**
**1881 Pierce St**
**Lakewood, CO 80214**
**(303) 908-2970**