UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                              )
                                                    )   Case No. 22-10322-TBM
David W. Lebsock and Cheryl R. Lebsock,             )   Chapter 7
                                                    )
                    Debtors.                        )

**SUPPLEMENT TO FIRST AND FINAL APPLICATION OF RUBINBROWN, LLP FOR ALLOWANCE OF COMPENSATION AS ACCOUNTING PROFESSIONALS FOR THE CHAPTER 11 DEBTORS**

RubinBrown, LLP ("Applicant" or "RubinBrown"), as accounting professionals for David W. Lebsock and Cheryl R. Lebsock (the "Debtors"), submits this *Supplement to the First and Final Application for Allowance of Compensation as Accounting Professionals for the Chapter 11 Debtors* (Dkt. No. 461) (the "Fee Application") pursuant to this Court's Minute Order from the hearing on April 18, 2024 (the "Minute Order") and respectfully represents as follows:

**BACKGROUND**

1. Contemporaneous with the filing of this Brief, RubinBrown is filing its *Brief in Support of the First and Final Application for Allowance of Compensation as Accounting Professionals for the Chapter 11 Debtors* (the "Brief"), which is incorporated herein by reference.

2. The factual and legal issues raised in the Minute Order are addressed in the Brief. The purpose of this Supplement is to provide the detailed information regarding services provided requested in the Minute Order.[1]

3. However, for ease of reference, some background information is needed.

---

[1] In connection with the detailed information regarding services, the Court raised a question regarding the Partnership Agreement of Lebsock7, LLP. A copy of the Partnership Agreement of Lebsock7, LLP (with the amendment to the Limited Liability Partnership Agreement) is attached as **Exhibit A** to the Brief.

HB: 4877-3997-1774.2

4.      Debtors are each 50% owners of the following entities: Lebsock Farms, LLC ("Lebsock Farms"), Rosies' LLC ("Rosie's"), Lebsock 200 Hayes, LLC ("200 Hays"), and Lebsock 1350 West Main, LLC ("1350 W Main"), and collectively with Lebsock Farms, Rosie's, and 200 Hays, the "Direct Affiliates").

5.      Debtors are also each owners and general partners of Lebsock7, LLLP ("Lebsock7").

6.      Lebsock7 is the 100% owner of each of Dave Lebsock, LLC, L7 Golf, LLC ("L7 Golf"), L7 FM Elevator, LLC ("L7 FM Elevator"), L7 Holdings, LLC ("L7 Holdings"), L7 Trading, LLC ("L7 Trading"), and L7 BG, LLC ("L7 BG") and the 95% owner of Big D, LLC ("Big D"),[2] all of which are disregarded entities for taxation purposes and do not file separate tax returns. All of these entities do not file their own tax returns. Instead, their financial activity is consolidated, and the financial activity is reported on the Lebsock7 tax return.

7.      L7 Trading is the 100% owner of L7 Ag, LLC ("L7 Ag") and L7 Grain, LLC ("L7 Grain"). L7 Ag is the 50% owner of L7 Coalescent, LLC ("L7 Coalescent") and the 60% owner of Botanix Equities, LLC ("Botanix"). While Botanix and L7 Coalescent file separate tax returns, 60% of the Botanix financial activity and 50% of L7 Coalescent are included in the consolidation and reported on the tax return of Lebsock7.

8.      There are other related entities, but the above summary only includes the entities relevant to the Application. Attached as **Exhibit B** to the Brief is an organizational chart showing

---

[2] Lebsock7 owns 95% of Big D, however, separate tax returns have never been filed for this entity, and 95% of the financial activity is reported on Lebsock7.

the Debtors' relationships to the various entities.[3] Hereinafter, the direct and indirect subsidiaries of Lebsock7 are referred to as the "Lebsock7 Subsidiaries."

9. In the Minute Order, the Court requested the following:

> The Supplement shall, at a minimum, include more fulsome information concerning the services provided and tasks performed by the Applicant broken down by entity, date, time spent, rate, and charge as well as the specific benefit provided to the Debtors' bankruptcy estate.
>
> The Applicant must identify which tax returns it prepared and for which persons or entities and why. The Application states that the Applicant "completed tax returns for many of the Non-Debtor Affiliates.") For each entity for which the Applicant prepared a tax return, the Applicant must provide detail concerning the date of services, time spent, rate, charge, and aggregate amount requested as well as the specific benefit provided to the Debtors' bankruptcy estate.

10. The information below primarily provides the detail related to the services provided, while the benefit to the estate is addressed in the Brief.

**I. Summary Charts**

11. Rubin Brown completed tax returns for Dave and Cheryl Lebsock, 1350 W Main, 200 Hayes, Botanix, Lebsock Farms, Lebsock 7, and Rosies. The Lebsock7 tax return included the financial activity for its subsidiaries. Below is a chart summarizing the tax return preparation provided by entity:

---

[3] The organizational chart does not reflect the abandonment by the limited partners of their Lebsock7 limited partnership interests.

| Entity | Tax Year | Hours | Standard Amount | Billed Amount | Rate Discount |
|---|---|---|---|---|---|
| **Lebsock Bankruptcy - First Fee Application** | | | | | |
| **RubinBrown Fees by Tax Return** | | | | | |
| 1350 W Main | 2018 | 15.3 | $3,443.60 | $3,180.00 | ($263.60) |
| 1350 W Main | 2019 | 7.9 | $1,616.20 | $1,462.50 | ($153.70) |
| 1350 W Main | 2020 | 7.8 | $1,862.30 | $1,667.50 | ($194.80) |
| 1350 W Main | 2021 | 6.4 | $1,626.80 | $1,480.00 | ($146.80) |
| 1350 W Main | 2022 | 5.4 | $1,271.90 | $1,140.00 | ($131.90) |
| **1350 W Main Total** | | **42.8** | **$9,820.80** | **$8,930.00** | **($890.80)** |
| 200 Hays | 2018 | 20.7 | $4,338.10 | $3,965.00 | ($373.10) |
| 200 Hays | 2019 | 16.6 | $3,357.70 | $3,055.00 | ($302.70) |
| 200 Hays | 2020 | 17.7 | $4,270.10 | $3,917.50 | ($352.60) |
| 200 Hays | 2021 | 11.5 | $2,679.30 | $2,420.00 | ($259.30) |
| 200 Hays | 2022 | 12.9 | $3,024.40 | $2,745.00 | ($279.40) |
| **200 Hays Total** | | **79.4** | **$17,669.60** | **$16,102.50** | **($1,567.10)** |
| Botanix | 2021 | 9.9 | $2,398.70 | $2,285.00 | ($113.70) |
| Botanix | 2022 | 7.9 | $1,948.10 | $1,765.00 | ($183.10) |
| **Botanix Total** | | **17.8** | **$4,346.80** | **$4,050.00** | **($296.80)** |
| Dave and Cheryl Lebsock | 2018 | 27.1 | $7,502.80 | $6,555.00 | ($947.80) |
| Dave and Cheryl Lebsock | 2019 | 17.8 | $4,543.20 | $4,190.00 | ($353.20) |
| Dave and Cheryl Lebsock | 2020 | 21.5 | $5,779.70 | $5,212.50 | ($567.20) |
| Dave and Cheryl Lebsock | 2021 | 11.0 | $3,372.80 | $3,130.00 | ($242.80) |
| Dave and Cheryl Lebsock | 2022 | 25.1 | $7,873.10 | $6,297.50 | ($1,575.60) |
| **Dave and Cheryl Lebsock Total** | | **102.5** | **$29,071.60** | **$25,385.00** | **($3,686.60)** |
| Lebsock Farms | 2018 | 29.4 | $6,187.30 | $5,615.00 | ($572.30) |
| Lebsock Farms | 2019 | 11.5 | $2,678.90 | $2,470.00 | ($208.90) |
| Lebsock Farms | 2020 | 13.1 | $3,182.10 | $2,877.50 | ($304.60) |
| Lebsock Farms | 2021 | 16.5 | $3,958.60 | $3,737.50 | ($221.10) |
| Lebsock Farms | 2022 | 13.2 | $3,275.40 | $2,972.50 | ($302.90) |
| **Lebsock Farms Total** | | **83.7** | **$19,282.30** | **$17,672.50** | **($1,609.80)** |
| Lebsock7 | 2018 | 214.3 | $55,050.50 | $47,935.00 | ($7,115.50) |
| Lebsock7 | 2019 | 224.5 | $58,120.50 | $50,880.00 | ($7,240.50) |
| Lebsock7 | 2020 | 292.9 | $70,815.00 | $63,162.50 | ($7,652.50) |
| Lebsock7 | 2021 | 107.6 | $27,226.60 | $24,145.00 | ($3,081.60) |
| Lebsock7 | 2022 | 72.5 | $19,293.55 | $16,735.00 | ($2,558.55) |
| **Lebsock 7 Total** | | **911.8** | **$230,506.15** | **$202,857.50** | **($27,648.65)** |
| Rosie's | 2020 | 15.7 | $3,295.10 | $3,095.00 | ($200.10) |
| Rosie's | 2021 | 5.5 | $1,520.80 | $1,460.00 | ($60.80) |
| Rosie's | 2022 | 13.3 | $3,385.40 | $3,082.50 | ($302.90) |
| **Rosie's Total** | | **34.5** | **$8,201.30** | **$7,637.50** | **($563.80)** |
| Fee Application | | 15.8 | $3,965.80 | $0.00 | ($3,965.80) |
| **Grand Total** | | **1,288.3** | **$322,864.35** | **$282,635.00** | **($40,229.35)** |

|  |  | Additional Courtesy Discount | $25,000.00 |
|---|---|---|---|
|  |  | Total Due | **$257,635.00** |
|  |  | Blended Hourly Rate | $199.98 |

- 4 -

HB: 4877-3997-1774.2

- 5 -

12. A standalone copy of this Chart is attached hereto as **Exhibit 1**.

13. The chart provides the total amount incurred and time spent by tax return and is further broken down by applicable tax-year. The chart also shows the blended hourly rate after taking into account both the rate discount and the courtesy discount of $199.98.

14. The chart[4] below summarizes the tax preparation for each tax return provided by tax year:

---

[4] The chart does reflect the $40,229.35 discounted provided related to the rate discount, but it does not reflect the additional $25,000 courtesy discount provided.

| Tax Year | Entity | Hours | Standard Amount | Billed Amount | Rate Discount |
|---|---|---|---|---|---|
| Lebsock Bankruptcy - First Fee Application | | | | | |
| RubinBrown Fees by Tax Year | | | | | |
| 2018 | 1350 W Main | 15.3 | $3,443.60 | $3,180.00 | ($263.60) |
| 2018 | 200 Hays | 20.7 | $4,338.10 | $3,965.00 | ($373.10) |
| 2018 | Dave and Cheryl Lebsock | 27.1 | $7,502.80 | $6,555.00 | ($947.80) |
| 2018 | Lebsock Farms | 29.4 | $6,187.30 | $5,615.00 | ($572.30) |
| 2018 | Lebsock7 | 214.3 | $55,050.50 | $47,935.00 | ($7,115.50) |
| 2018 | Total | 306.8 | $76,522.30 | $67,250.00 | ($9,272.30) |
| 2019 | 1350 W Main | 7.9 | $1,616.20 | $1,462.50 | ($153.70) |
| 2019 | 200 Hays | 16.6 | $3,357.70 | $3,055.00 | ($302.70) |
| 2019 | Dave and Cheryl Lebsock | 17.8 | $4,543.20 | $4,190.00 | ($353.20) |
| 2019 | Lebsock Farms | 11.5 | $2,678.90 | $2,470.00 | ($208.90) |
| 2019 | Lebsock7 | 224.5 | $58,120.50 | $50,880.00 | ($7,240.50) |
| 2019 | Total | 278.3 | $70,316.50 | $62,057.50 | ($8,259.00) |
| 2020 | 1350 W Main | 7.8 | $1,862.30 | $1,667.50 | ($194.80) |
| 2020 | 200 Hays | 17.7 | $4,270.10 | $3,917.50 | ($352.60) |
| 2020 | Dave and Cheryl Lebsock | 21.5 | $5,779.70 | $5,212.50 | ($567.20) |
| 2020 | Lebsock Farms | 13.1 | $3,182.10 | $2,877.50 | ($304.60) |
| 2020 | Lebsock7 | 292.9 | $70,815.00 | $63,162.50 | ($7,652.50) |
| 2020 | Rosie's | 15.7 | $3,295.10 | $3,095.00 | ($200.10) |
| 2020 | Total | 368.7 | $89,204.30 | $79,932.50 | ($9,271.80) |
| 2021 | 1350 W Main | 6.4 | $1,626.80 | $1,480.00 | ($146.80) |
| 2021 | 200 Hays | 11.5 | $2,679.30 | $2,420.00 | ($259.30) |
| 2021 | Botanix | 9.9 | $2,398.70 | $2,285.00 | ($113.70) |
| 2021 | Dave and Cheryl Lebsock | 11.0 | $3,372.80 | $3,130.00 | ($242.80) |
| 2021 | Lebsock Farms | 16.5 | $3,958.60 | $3,737.50 | ($221.10) |
| 2021 | Lebsock7 | 107.6 | $27,226.60 | $24,145.00 | ($3,081.60) |
| 2021 | Rosie's | 5.5 | $1,520.80 | $1,460.00 | ($60.80) |
| 2021 | Total | 168.4 | $42,783.60 | $38,657.50 | ($4,126.10) |
| 2022 | 1350 W Main | 5.4 | $1,271.90 | $1,140.00 | ($131.90) |
| 2022 | 200 Hays | 12.9 | $3,024.40 | $2,745.00 | ($279.40) |
| 2022 | Botanix | 7.9 | $1,948.10 | $1,765.00 | ($183.10) |
| 2022 | Dave and Cheryl Lebsock | 25.1 | $7,873.10 | $6,297.50 | ($1,575.60) |
| 2022 | Lebsock Farms | 13.2 | $3,275.40 | $2,972.50 | ($302.90) |
| 2022 | Lebsock7 | 72.5 | $19,293.55 | $16,735.00 | ($2,558.55) |
| 2022 | Rosie's | 13.3 | $3,385.40 | $3,082.50 | ($302.90) |
| 2022 | Total | 150.3 | $40,071.85 | $34,737.50 | ($5,334.35) |
| | Fee Application | 15.8 | $3,965.80 | $0.00 | ($3,965.80) |
| | **Grand Total** | 1,288.3 | $322,864.35 | $282,635.00 | ($40,229.35) |

15. A standalone copy of this Chart is attached hereto as **Exhibit 2**.

16. The chart[5] below provides the total amount incurred and time spent by tax-year for each tax return and is further broken down by applicable entity including the subsidiaries of Lebsock7 included in the Lebsock7 tax return.

| Lebsock Bankruptcy - First Fee Application RubinBrown Fees by Entity | | | | | |
|---|---|---|---|---|---|
| Entity | Tax Year | Hours | Standard Amount | Billed Amount | Rate Discount |
| 1350 W Main | 2018 | 15.3 | $3,443.60 | $3,180.00 | ($263.60) |
| 1350 W Main | 2019 | 7.9 | $1,616.20 | $1,462.50 | ($153.70) |
| 1350 W Main | 2020 | 7.8 | $1,862.30 | $1,667.50 | ($194.80) |
| 1350 W Main | 2021 | 6.4 | $1,626.80 | $1,480.00 | ($146.80) |
| 1350 W Main | 2022 | 5.4 | $1,271.90 | $1,140.00 | ($131.90) |
| **1350 W Main Total** | | **42.8** | **$9,820.80** | **$8,930.00** | **($890.80)** |
| 200 Hays | 2018 | 20.7 | $4,338.10 | $3,965.00 | ($373.10) |
| 200 Hays | 2019 | 16.6 | $3,357.70 | $3,055.00 | ($302.70) |
| 200 Hays | 2020 | 17.7 | $4,270.10 | $3,917.50 | ($352.60) |
| 200 Hays | 2021 | 11.5 | $2,679.30 | $2,420.00 | ($259.30) |
| 200 Hays | 2022 | 12.9 | $3,024.40 | $2,745.00 | ($279.40) |
| **200 Hays Total** | | **79.4** | **$17,669.60** | **$16,102.50** | **($1,567.10)** |
| Botanix | 2021 | 9.9 | $2,398.70 | $2,285.00 | ($113.70) |
| Botanix | 2022 | 7.9 | $1,948.10 | $1,765.00 | ($183.10) |
| **Botanix Total** | | **17.8** | **$4,346.80** | **$4,050.00** | **($296.80)** |
| Dave and Cheryl Lebsock | 2018 | 27.1 | $7,502.80 | $6,555.00 | ($947.80) |
| Dave and Cheryl Lebsock | 2019 | 17.8 | $4,543.20 | $4,190.00 | ($353.20) |
| Dave and Cheryl Lebsock | 2020 | 21.5 | $5,779.70 | $5,212.50 | ($567.20) |
| Dave and Cheryl Lebsock | 2021 | 11.0 | $3,372.80 | $3,130.00 | ($242.80) |
| Dave and Cheryl Lebsock | 2022 | 25.1 | $7,873.10 | $6,297.50 | ($1,575.60) |
| **Dave and Cheryl Lebsock Total** | | **102.5** | **$29,071.60** | **$25,385.00** | **($3,686.60)** |
| Lebsock Farms | 2018 | 29.4 | $6,187.30 | $5,615.00 | ($572.30) |
| Lebsock Farms | 2019 | 11.5 | $2,678.90 | $2,470.00 | ($208.90) |
| Lebsock Farms | 2020 | 13.1 | $3,182.10 | $2,877.50 | ($304.60) |
| Lebsock Farms | 2021 | 16.5 | $3,958.60 | $3,737.50 | ($221.10) |
| Lebsock Farms | 2022 | 13.2 | $3,275.40 | $2,972.50 | ($302.90) |
| **Lebsock Farms Total** | | **83.7** | **$19,282.30** | **$17,672.50** | **($1,609.80)** |
| Lebsock7 | | | | | |
| Big D | 2018 | 25.6 | $6,687.50 | $6,382.50 | ($305.00) |
| L7 FM Elevator | 2018 | 13.3 | $3,436.50 | $2,820.00 | ($616.50) |
| L7 Holdings | 2018 | 19.9 | $4,530.80 | $4,012.50 | ($518.30) |
| L7 BG | 2018 | 6.9 | $1,372.70 | $1,172.50 | ($200.20) |
| L7 Golf | 2018 | 11.1 | $2,498.90 | $2,190.00 | ($308.90) |
| L7 Trading | 2018 | 28.9 | $7,299.50 | $6,180.00 | ($1,119.50) |
| L7 Ag | 2018 | 14.4 | $3,177.70 | $2,877.50 | ($300.20) |
| L7 Grain | 2018 | 12.0 | $2,968.00 | $2,625.00 | ($343.00) |
| Mr. D's | 2018 | 27.9 | $6,474.60 | $5,657.50 | ($817.10) |
| Consolidation | 2018 | 54.3 | $16,604.30 | $14,017.50 | ($2,586.80) |
| | | 214.3 | $55,050.50 | $47,935.00 | ($7,115.50) |

---

[5] The chart does reflect the $40,229.35 discounted provided related to the rate discount, but it does not reflect the additional $25,000 courtesy discount provided.

HB: 4877-3997-1774.2

| | | | | | |
|---|---|---|---|---|---|
| Lebsock7 | | | | | |
|   Big D | 2019 | 18.6 | $4,656.80 | $4,192.50 | ($464.30) |
|   L7 FM Elevator | 2019 | 8.5 | $2,305.30 | $2,097.50 | ($207.80) |
|   L7 Holdings | 2019 | 14.1 | $3,519.10 | $2,980.00 | ($539.10) |
|   L7 BG | 2019 | 9.2 | $2,088.80 | $1,840.00 | ($248.80) |
|   L7 Golf | 2019 | 15.0 | $3,710.00 | $3,112.50 | ($597.50) |
|   L7 Trading | 2019 | 24.3 | $5,818.70 | $5,050.00 | ($768.70) |
|   L7 Ag | 2019 | 32.2 | $8,778.80 | $7,325.00 | ($1,453.80) |
|   L7 Grain | 2019 | 18.6 | $4,539.00 | $4,170.00 | ($369.00) |
|   Mr. D's | 2019 | 29.5 | $7,453.70 | $6,517.50 | ($936.20) |
|   Consolidation | 2019 | 54.5 | $15,250.30 | $13,595.00 | ($1,655.30) |
| | | 224.5 | $58,120.50 | $50,880.00 | ($7,240.50) |
| Lebsock7 | | | | | |
|   Lebsock7 | 2020 | 13.5 | $3,195.00 | $2,700.00 | ($495.00) |
|   Big D | 2020 | 16.6 | $3,678.00 | $3,320.00 | ($358.00) |
|   L7 FM Elevator | 2020 | 13.4 | $2,826.30 | $2,530.00 | ($296.30) |
|   L7 Holdings | 2020 | 39.6 | $10,489.20 | $8,925.00 | ($1,564.20) |
|   L7 BG | 2020 | 10.4 | $2,308.80 | $2,080.00 | ($228.80) |
|   L7 Golf | 2020 | 23.8 | $5,283.60 | $4,760.00 | ($523.60) |
|   L7 Trading | 2020 | 22.8 | $5,058.60 | $4,597.50 | ($461.10) |
|   L7 Ag | 2020 | 25.5 | $6,302.70 | $5,190.00 | ($1,112.70) |
|   L7 Coalescent | 2020 | 2.3 | $510.60 | $460.00 | ($50.60) |
|   L7 Grain | 2020 | 11.0 | $2,442.00 | $2,200.00 | ($242.00) |
|   Mr. D's | 2020 | 30.9 | $6,722.70 | $5,930.00 | ($792.70) |
|   Consolidation | 2020 | 83.1 | $21,997.50 | $20,470.00 | ($1,527.50) |
| | | 292.9 | $70,815.00 | $63,162.50 | ($7,652.50) |
| Lebsock7 | | | | | |
|   Lebsock7 | 2021 | 3.3 | $732.60 | $660.00 | ($72.60) |
|   Big D | 2021 | 10.5 | $2,409.00 | $2,100.00 | ($309.00) |
|   L7 FM Elevator | 2021 | 6.5 | $1,527.50 | $1,300.00 | ($227.50) |
|   L7 Holdings | 2021 | 10.1 | $2,294.20 | $2,020.00 | ($274.20) |
|   L7 Trading | 2021 | 6.4 | $1,376.80 | $1,280.00 | ($96.80) |
|   L7 Ag | 2021 | 11.2 | $2,436.70 | $2,240.00 | ($196.70) |
|   L7 Grain | 2021 | 10.6 | $2,365.30 | $2,120.00 | ($245.30) |
|   Mr. D's | 2021 | 12.0 | $2,477.00 | $2,250.00 | ($227.00) |
|   Consolidation | 2021 | 37.0 | $11,607.50 | $10,175.00 | ($1,432.50) |
| | | 107.6 | $27,226.60 | $24,145.00 | ($3,081.60) |
| Lebsock7 | | | | | |
|   Lebsock7 | 2022 | 1.9 | $480.20 | $440.00 | ($40.20) |
|   Big D | 2022 | 3.0 | $688.00 | $600.00 | ($88.00) |
|   L7 FM Elevator | 2022 | 1.3 | $302.90 | $260.00 | ($42.90) |
|   L7 Holdings | 2022 | 5.7 | $1,305.00 | $1,140.00 | ($165.00) |
|   L7 Trading | 2022 | 3.8 | $878.80 | $760.00 | ($118.80) |
|   L7 Ag | 2022 | 6.2 | $1,408.30 | $1,240.00 | ($168.30) |
|   Mr. D's | 2022 | 3.4 | $769.10 | $680.00 | ($89.10) |
|   Consolidation | 2022 | 47.2 | $13,461.25 | $11,615.00 | ($1,846.25) |
| | | 72.5 | $19,293.55 | $16,735.00 | ($2,558.55) |
| **Lebsock7 Total** | | **911.8** | **$230,506.15** | **$202,857.50** | **($27,648.65)** |
| Rosie's | 2020 | 15.7 | $3,295.10 | $3,095.00 | ($200.10) |
| Rosie's | 2021 | 5.5 | $1,520.80 | $1,460.00 | ($60.80) |
| Rosie's | 2022 | 13.3 | $3,385.40 | $3,082.50 | ($302.90) |
| **Rosie's Total** | | **34.5** | **$8,201.30** | **$7,637.50** | **($563.80)** |
| Fee Application | | 15.8 | $3,965.80 | $0.00 | ($3,965.80) |
| **Grand Total** | | **1,288.3** | **$322,864.35** | **$282,635.00** | **($40,229.35)** |
| | | Additional Courtesy Discount | | $25,000.00 | |
| | | Total Due | | **$257,635.00** | |
| | | Blended Hourly Rate | | $199.98 | |

- 8 -

HB: 4877-3997-1774.2

17. A standalone copy of this Chart is attached hereto as **Exhibit 3**

18. Attached hereto as **Exhibit 4** is a listing of the hours worked by professional.

19. Attached hereto as **Exhibit 5** is a list of all of the detailed time entries. It is in chronological order.

## II. Information at an Entity Specific Level for Which Tax Returns Were Prepared

20. RubinBrown prepared tax returns for the entities listed in the chart below. Detail related to the preparation of such returns, including the date of service, time spent, rate, charge, and aggregate amount is included in the following exhibits:

| Entity/Person or Category | Hours | Billed Amount | Exhibit Reference | Benefit to the Estate |
|---|---|---|---|---|
| Debtors | 102.5 | $25,385.00 | 6 | This was the Debtor's own return. |
| 1350 W. Main | 42.8 | $8,930.00 | 7 | Debtors' tax returns could not be completed without this analysis. |
| 200 Hays | 79.4 | $16,102.50 | 8 | Debtors' tax returns could not be completed without this analysis. |
| Botanix | 17.8 | $4,050.00 | 9 | Debtors' tax returns could not be completed without this analysis. As a specific example of a benefit that arose specifically related to Botanix, the analysis allowed Debtors to include over $2 million of ordinary income loss to offset ordinary income in 2021. |
| Lebsock Farms | 83.7 | $17,672.50 | 10 | Debtors' tax returns could not be completed without this analysis. |
| Lebsock7 | 911.8 | $202,857.50 | 11 | Debtors' tax returns could not be completed without this analysis. As a specific example of a benefit that arose specifically related to Lebsock7, the analysis allowed Debtors to capture capital losses that exceeded $20 million primarily related to the Receivership that would not have been available but for the reporting of all of the activities. |
| Rosie's | 34.5 | $7,637.50 | 12 | Debtors' tax returns could not be completed without this analysis. |
| Application | 15.8 | $0.00 | | RubinBrown did not charge for the preparation of the Fee Application. |

HB: 4877-3997-1774.2

21. As to each of the Lebsock7 Entities for which RubinBrown preformed work related to the Entities, the chart below shows the break-down by entity. Except for Lebsock7, RubinBrown did not prepare tax returns for these entities, but RubinBrown did have to perform specific analysis for each entity to prepare Lebsock7's tax returns.

| Entity/Person | Hours | Billed Amount[6] | Exhibit | Benefit to the Estate |
|---|---|---|---|---|
| Big D | 74.30 | $18,119.30 | 13 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |
| L7 FM Elevator | 43.00 | $10,398.50 | 14 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |
| L7 Holdings | 165.80 | $39,401.10 | 15 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |
| L7 Trading | 230.20 | $55,361.50 | 16 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as |

---

[6] This amount reflects the amount before application of the rate discount.

HB: 4877-3997-1774.2

| | | | | required under the Tax Code and the Bankruptcy Code. |
|---|---|---|---|---|
| Lebsock7 | 18.70 | $4,407.80 | 17 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |
| Mr. D's | 103.70 | $23,897.10 | 18 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |
| Consolidation/Multiple Entries | 276.10 | $78,920.85 | 19 | Both the Debtors' and Lebsock7's tax returns could not be completed without this analysis. The analysis allowed the Debtors to accurately complete their tax returns as required under the Tax Code and the Bankruptcy Code. |

22. Overall creating the accounting was necessary to allow the Debtors to comply with their statutory duties. It also had a tangible benefit to the estate because it enabled the Debtors to offset the gains created by the Receiver's liquidation of assets. It was also necessary to address the Internal Revenue Service's estimated $300,000 claim, most of which was claimed as priority.

23. Additional detail regarding the necessity of the work and the benefit to the estate is provided in the Brief. As addressed in the brief, the sum total of the work was the accurate reporting of the Debtors' tax reporting resulting in the elimination of the Internal Revenue Service's estimated $300,000 claim as well as limiting the accrual of interest and penalties.

WHEREFORE, RubinBrown respectfully submits this Supplement and requests that this Court approve the Fee Application and for such other and further relief the Court deems just and equitable under the circumstances.

Dated: May 16, 2024	Respectfully Submitted,

*/s/ Jeff Whitney*
Jeff Whitney, #35938
Husch Blackwell, LLP
1801 Wewatta Street, Ste. 1000
Denver, CO 80202
303.749-7200
jeff.whitney@huschblackwell.com

AND

John J. Cruciani
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
fax: (816) 983-8080
john.cruciani@huschblackwell.com

*Attorneys for RubinBrown, LLP*

CERTIFICATE OF SERVICE

      I certify that on May 16, 2024, I served a complete copy of *Supplement to the First and Final Application for Allowance of Compensation as Accounting Professionals for the Chapter 11 Debtors* on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R.

Dated: May 16, 2024

*/s/ Jeff Whitney*
Jeff Whitney, #35938
Husch Blackwell, LLP
1801 Wewatta Street, Ste. 1000
Denver, CO 80202
303.749-7200
jeff.whitney@huschblackwell.com

AND

John J. Cruciani
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000
fax: (816) 983-8080
john.cruciani@huschblackwell.com

*Attorneys for the RubinBrown, LLP*