**Exhibit 1**

**Lebsock Bankruptcy - First Fee Application**
**RubinBrown Fees by Tax Return**

| Entity | Tax Year | Hours | Standard Amount | Billed Amount | Rate Discount |
|---|---|---|---|---|---|
| 1350 W Main | 2018 | 15.3 | $3,443.60 | $3,180.00 | ($263.60) |
| 1350 W Main | 2019 | 7.9 | $1,616.20 | $1,462.50 | ($153.70) |
| 1350 W Main | 2020 | 7.8 | $1,862.30 | $1,667.50 | ($194.80) |
| 1350 W Main | 2021 | 6.4 | $1,626.80 | $1,480.00 | ($146.80) |
| 1350 W Main | 2022 | 5.4 | $1,271.90 | $1,140.00 | ($131.90) |
| **1350 W Main Total** | | **42.8** | **$9,820.80** | **$8,930.00** | **($890.80)** |
| 200 Hays | 2018 | 20.7 | $4,338.10 | $3,965.00 | ($373.10) |
| 200 Hays | 2019 | 16.6 | $3,357.70 | $3,055.00 | ($302.70) |
| 200 Hays | 2020 | 17.7 | $4,270.10 | $3,917.50 | ($352.60) |
| 200 Hays | 2021 | 11.5 | $2,679.30 | $2,420.00 | ($259.30) |
| 200 Hays | 2022 | 12.9 | $3,024.40 | $2,745.00 | ($279.40) |
| **200 Hays Total** | | **79.4** | **$17,669.60** | **$16,102.50** | **($1,567.10)** |
| Botanix | 2021 | 9.9 | $2,398.70 | $2,285.00 | ($113.70) |
| Botanix | 2022 | 7.9 | $1,948.10 | $1,765.00 | ($183.10) |
| **Botanix Total** | | **17.8** | **$4,346.80** | **$4,050.00** | **($296.80)** |
| Dave and Cheryl Lebsock | 2018 | 27.1 | $7,502.80 | $6,555.00 | ($947.80) |
| Dave and Cheryl Lebsock | 2019 | 17.8 | $4,543.20 | $4,190.00 | ($353.20) |
| Dave and Cheryl Lebsock | 2020 | 21.5 | $5,779.70 | $5,212.50 | ($567.20) |
| Dave and Cheryl Lebsock | 2021 | 11.0 | $3,372.80 | $3,130.00 | ($242.80) |
| Dave and Cheryl Lebsock | 2022 | 25.1 | $7,873.10 | $6,297.50 | ($1,575.60) |
| **Dave and Cheryl Lebsock Total** | | **102.5** | **$29,071.60** | **$25,385.00** | **($3,686.60)** |
| Lebsock Farms | 2018 | 29.4 | $6,187.30 | $5,615.00 | ($572.30) |
| Lebsock Farms | 2019 | 11.5 | $2,678.90 | $2,470.00 | ($208.90) |
| Lebsock Farms | 2020 | 13.1 | $3,182.10 | $2,877.50 | ($304.60) |
| Lebsock Farms | 2021 | 16.5 | $3,958.60 | $3,737.50 | ($221.10) |
| Lebsock Farms | 2022 | 13.2 | $3,275.40 | $2,972.50 | ($302.90) |
| **Lebsock Farms Total** | | **83.7** | **$19,282.30** | **$17,672.50** | **($1,609.80)** |
| Lebsock7 | 2018 | 214.3 | $55,050.50 | $47,935.00 | ($7,115.50) |
| Lebsock7 | 2019 | 224.5 | $58,120.50 | $50,880.00 | ($7,240.50) |
| Lebsock7 | 2020 | 292.9 | $70,815.00 | $63,162.50 | ($7,652.50) |
| Lebsock7 | 2021 | 107.6 | $27,226.60 | $24,145.00 | ($3,081.60) |
| Lebsock7 | 2022 | 72.5 | $19,293.55 | $16,735.00 | ($2,558.55) |
| **Lebsock 7 Total** | | **911.8** | **$230,506.15** | **$202,857.50** | **($27,648.65)** |
| Rosie's | 2020 | 15.7 | $3,295.10 | $3,095.00 | ($200.10) |
| Rosie's | 2021 | 5.5 | $1,520.80 | $1,460.00 | ($60.80) |
| Rosie's | 2022 | 13.3 | $3,385.40 | $3,082.50 | ($302.90) |
| **Rosie's Total** | | **34.5** | **$8,201.30** | **$7,637.50** | **($563.80)** |
| Fee Application | | 15.8 | $3,965.80 | $0.00 | ($3,965.80) |
| **Grand Total** | | **1,288.3** | **$322,864.35** | **$282,635.00** | **($40,229.35)** |
| | | | Additional Courtesy Discount | | $25,000.00 |
| | | | Total Due | | **$257,635.00** |
| | | | Blended Hourly Rate | | $199.98 |