**Exhibit 2**

| Lebsock Bankruptcy - First Fee Application | | | | | |
|---|---|---|---|---|---|
| RubinBrown Fees by Tax Year | | | | | |
| Tax Year | Entity | Hours | Standard Amount | Billed Amount | Rate Discount |
| 2018 | 1350 W Main | 15.3 | $3,443.60 | $3,180.00 | ($263.60) |
| 2018 | 200 Hays | 20.7 | $4,338.10 | $3,965.00 | ($373.10) |
| 2018 | Dave and Cheryl Lebsock | 27.1 | $7,502.80 | $6,555.00 | ($947.80) |
| 2018 | Lebsock Farms | 29.4 | $6,187.30 | $5,615.00 | ($572.30) |
| 2018 | Lebsock7 | 214.3 | $55,050.50 | $47,935.00 | ($7,115.50) |
| 2018 | Total | 306.8 | $76,522.30 | $67,250.00 | ($9,272.30) |
| 2019 | 1350 W Main | 7.9 | $1,616.20 | $1,462.50 | ($153.70) |
| 2019 | 200 Hays | 16.6 | $3,357.70 | $3,055.00 | ($302.70) |
| 2019 | Dave and Cheryl Lebsock | 17.8 | $4,543.20 | $4,190.00 | ($353.20) |
| 2019 | Lebsock Farms | 11.5 | $2,678.90 | $2,470.00 | ($208.90) |
| 2019 | Lebsock7 | 224.5 | $58,120.50 | $50,880.00 | ($7,240.50) |
| 2019 | Total | 278.3 | $70,316.50 | $62,057.50 | ($8,259.00) |
| 2020 | 1350 W Main | 7.8 | $1,862.30 | $1,667.50 | ($194.80) |
| 2020 | 200 Hays | 17.7 | $4,270.10 | $3,917.50 | ($352.60) |
| 2020 | Dave and Cheryl Lebsock | 21.5 | $5,779.70 | $5,212.50 | ($567.20) |
| 2020 | Lebsock Farms | 13.1 | $3,182.10 | $2,877.50 | ($304.60) |
| 2020 | Lebsock7 | 292.9 | $70,815.00 | $63,162.50 | ($7,652.50) |
| 2020 | Rosie's | 15.7 | $3,295.10 | $3,095.00 | ($200.10) |
| 2020 | Total | 368.7 | $89,204.30 | $79,932.50 | ($9,271.80) |
| 2021 | 1350 W Main | 6.4 | $1,626.80 | $1,480.00 | ($146.80) |
| 2021 | 200 Hays | 11.5 | $2,679.30 | $2,420.00 | ($259.30) |
| 2021 | Botanix | 9.9 | $2,398.70 | $2,285.00 | ($113.70) |
| 2021 | Dave and Cheryl Lebsock | 11.0 | $3,372.80 | $3,130.00 | ($242.80) |
| 2021 | Lebsock Farms | 16.5 | $3,958.60 | $3,737.50 | ($221.10) |
| 2021 | Lebsock7 | 107.6 | $27,226.60 | $24,145.00 | ($3,081.60) |
| 2021 | Rosie's | 5.5 | $1,520.80 | $1,460.00 | ($60.80) |
| 2021 | Total | 168.4 | $42,783.60 | $38,657.50 | ($4,126.10) |
| 2022 | 1350 W Main | 5.4 | $1,271.90 | $1,140.00 | ($131.90) |
| 2022 | 200 Hays | 12.9 | $3,024.40 | $2,745.00 | ($279.40) |
| 2022 | Botanix | 7.9 | $1,948.10 | $1,765.00 | ($183.10) |
| 2022 | Dave and Cheryl Lebsock | 25.1 | $7,873.10 | $6,297.50 | ($1,575.60) |
| 2022 | Lebsock Farms | 13.2 | $3,275.40 | $2,972.50 | ($302.90) |
| 2022 | Lebsock7 | 72.5 | $19,293.55 | $16,735.00 | ($2,558.55) |
| 2022 | Rosie's | 13.3 | $3,385.40 | $3,082.50 | ($302.90) |
| 2022 | Total | 150.3 | $40,071.85 | $34,737.50 | ($5,334.35) |
| | Fee Application | 15.8 | $3,965.80 | $0.00 | ($3,965.80) |
| | **Grand Total** | 1,288.3 | $322,864.35 | $282,635.00 | ($40,229.35) |