DAVID AND CHERYL LEBSOCK
BANKRUPTCY ESTATE 22-10322 TBM

NARRATIVE FOR SLBIGGS, A DIVISION OF SINGERLEWAK, LLP
FIRST AND FINAL REQUEST FOR APPROVAL OF FEES AND COSTS
FOR THE PERIOD APRIL 29, 2024 THROUGH MARCH 25, 2026

1.  On February 1, 2022, David and Cheryl Lebsock (the "Debtors") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The case was converted to Chapter 7 on October 31, 2023.

2.  David Lewis ("Trustee") required assistance to provide accounting and income tax services to the estate. The Trustee filed his Motion to Employ SLBiggs, A Division of SingerLewak ("SLBiggs") as his accountants, and the Order granting the Trustee's application was entered April 29, 2024 [Docket No. 541].

3.  This is the first and final fee application of SLBiggs for services rendered as Accountants to the Trustee for the period April 29, 2024 through March 25, 2026.

4.  Initial work was performed to review Chapter 11 activity, relevant motions and settlement agreements, review and analyze Debtors' numerous passthrough entities, request prior tax returns of Chapter 11 estate and related Debtor entities, and communicate and correspond with Debtors' Chapter 11 accountant. SLBiggs also analyzed alternative tax reporting scenarios and consulted with the Trustee regarding competing approaches and the potential implications of each.

5.  SLBiggs prepared the Federal and Colorado state fiduciary tax returns for the two years ending December 31, 2023 and December 31, 2024.

6.  The December 31, 2023 tax return was prepared from the Trustee's ledgers, tax documents and legal correspondence. A cash balance of $174,163.23 was turned over to the Chapter 7 estate from the Debtors' Chapter 11 bank account.  The tax character of this cash is not known, since neither the Chapter 11 estate nor any of Debtors' pass-through entities filed 2023 tax returns. The full cash balance was reported as taxable income, and a corresponding deduction was taken for estate administrative expenses incurred.  Based on the recording of income and costs as described, no tax was due.

7.  The December 31, 2024 tax return was prepared from the Trustee's ledgers and legal correspondence. The estate sold the Debtors' livestock, vehicles and equipment for $82,500 during the tax year. The Debtors' basis in these assets is not known, and it was not in the interest of the estate to investigate further.  The transactions were reported as sale of business assets with tax basis equal to estate professional fee administrative expenses, resulting in a $7,561 long-term capital gain.  Non-exempt personal use assets and a federal income tax refund turned over to the estate were treated as transfers of assets to the estate and excluded from taxable income.  Cash basis bank fees and bond premium were deducted.  Based on the

recording of income and costs as described, no tax was due. The estate has no income tax return filing requirement for 2025 or future tax years, so the 2024 tax return is the final return to be filed on behalf of the estate.

8. Copies of the federal return were submitted to the IRS, Special Procedures, with a request for prompt determination of the income tax liability.

9. Time expended and fees incurred for these services are as follows:

| Staff | Rate | Hours | Amount |
|---|---|---|---|
| Mark Dennis | $450.00 | 11.5 | $ 5,175.00 |
| Lisa Nuzzi | $345.00 | 0.6 | $ 207.00 |
| Mariem Skalli | $285.00 | 5.0 | $ 1,425.00 |
| Mariem Skalli | $280.00 | 0.4 | $ 112.00 |
| | | | |
| Total Fees | | 17.5 | $ 6,919.00 |
| Total Expenses | | | $ 50.00 |
| | | | |
| Total Amount | | | $ 6,969.00 |

10. In addition to the time entries displayed in this fee application, SLBiggs has incurred additional time which has not been billed. This time includes initial correspondence with the trustee, carrying out conflict checks and preparing a notarized affidavit of independence. Additional unbilled time also includes the administrative tasks of copying and assembling returns for filing, submitting to the Special Procedures office for Prompt Determination and preparing a notarized billing verification.  SLBiggs estimates that an additional 1.5 hours of time with an approximate value of $275 has been incurred but not billed.

11. The qualifications of the professional staff are attached.

## PROFESSIONAL STAFF

### Mark Dennis, CPA, MBA, CFF

*Colorado certificate number 0032797, issued on January 23rd, 2015*

Mark Dennis is the former President of Dennis & Company, P.C.  Mark joined Dennis & Company in 2012 and became the majority shareholder in 2015 after passing all four sections of the Uniform Certified Public Accountant examination in his first sitting, achieving an average score of 85.5%.  Effective February 18th, 2017, Mark also holds the AICPA's Certified in Financial Forensics (CFF) credential, covering professional responsibilities, practice management and forensics.  Mark is an experienced tax and accounting practitioner in the bankruptcy field, having worked on behalf of both debtors and creditors on over 500 bankruptcy estates, including Chapter 7, 11, 12 and 13 estates.  Mark advises bankruptcy trustees, attorneys and debtors on bankruptcy matters such as the value, character and basis of assets in the hands of bankruptcy estates, the treatment of tax attributes on debtor and bankruptcy estate tax returns and forecasting tax liability from proposed transactions.  He also performs complex financial analysis including consolidating subsidiaries and investigating transactions to determine possible fraudulent/preferential transfer claims and analyzing wage and creditor claims.  Mark has been admitted and testified as an Expert in US Bankruptcy Court and has been appointed by the US Department of Justice as a Sub Chapter V Trustee for the districts of Colorado and Wyoming. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Partner in the Denver, Co. office.

### Lisa Nuzzi, Director

Lisa Nuzzi graduated summa cum laude with a B.A. degree in Communications from the University of California, Los Angeles. She was a manager with Biggs & Co., the predecessor firm of SLBiggs, A Division of SingerLewak, working primarily in the areas of bankruptcy and litigation support. She has extensive experience in preference and fraudulent transfer analysis, claims analysis and administration, and preparing and filing motions, notices and orders for the Central District of California and Districts of Colorado and Wyoming bankruptcy courts. In November 2014, Ms. Nuzzi joined the newly formed SLBiggs and is a Director with the firm.

### Mariem Skalli, Senior Litigation and Tax Analyst

Mariem Skalli joined Dennis & Company in January 2016 as a paid intern and became a fulltime accountant in May 2016 after graduating from Metropolitan State University of Denver with a bachelor's degree in Accounting.  During her time at Dennis & Company, Mariem has gained experience in the preparation and evaluation of financial statements, including manual data compilation and working with accounting software applications such as QuickBooks$^{TM}$.  Mariem has also gained proficiency in the preparation of periodic operating reports for the bankruptcy court.  Mariem's tax return preparation experience includes complex individual returns, corporations, partnerships, LLCs and large non-profit organizations. Mariem is also proficient with the creation of payroll journal entries and the preparation of payroll tax returns. On June 1, 2020 Mark joined SLBiggs, A Division of SingerLewak as Staff Accountant in the Denver, Co. office and was promoted to Senior Litigation and Tax Analyst in 2025.

## VERIFICATION OF BILLING

In RE:    DAVID AND CHERYL LEBSOCK
          BANKRUPTCY ESTATE 22-10322 TBM
          Chapter 7


Billing Date:   March 25, 2026


I, MARK DENNIS, CPA, being first duly sworn upon my oath, depose and state as follows:

1.    I have read the Trustee's Application for Approval and Payment of Accountant Fees.

2.    I know the contents thereof and that said services were necessary and were actually rendered.

3.    I have made no arrangements and no understanding exists for the division of fees between myself and any other party whatsoever.

4.    I have received no payments or promises for payment from any other source for services rendered or to be rendered in connection with my employment as accountant for the Trustee.

_____
Mark D. Dennis, CPA


Subscribed and sworn to me this ___26___ day of __March__, 2026.

My commission expires: ___09 / 05 / 2027___.

Seal

_____
Notary Public

HANNAH JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194033649
MY COMMISSION EXPIRES 09/05/2027