**DAVID W. LEBSOCK - 22-10322 TBM**

| Client No. | ACC-28562 | | TIME DETAILS | | | |
|---|---|---|---|---|---|---|

| Staff | Date | Description | Rate | Hrs | | Amount |
|---|---|---|---|---|---|---|
| Mariem Skalli | 4/29/2024 | Set up 1041 and prepare 2023 extension | $ 280.00 | 0.4 | $ | 112.00 |
| Mark Dennis | 5/17/2024 | Case and tax filing requirement review, request forms | $ 450.00 | 0.3 | $ | 135.00 |
| Mark Dennis | 5/17/2024 | Review related entities / BK cases, inquire re: retention vs. abandon | $ 450.00 | 0.6 | $ | 270.00 |
| Mark Dennis | 9/30/2024 | Review materials, forms, docket, make FYE election, update due date | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 5/8/2025 | Review forms and prior correspondence, request updated ledgers, CPA outreach for chap 11 returns | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 9/18/2025 | Review case activity, respond to trustee email, request forms, tax IDs | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 12/22/2025 | Review trustee ledgers, character and timing of receipts, chap 11 activity, respond re: tax filing requirements | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 1/5/2026 | Review motion to approve settlement agreement, vehicle, LLC and Trust interest implications | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 2/12/2026 | Review procedural history, motions, responses, settlements, orders, request prior tax returns, proposed distribution | $ 450.00 | 1.5 | $ | 675.00 |
| Mark Dennis | 2/12/2026 | Trustee correspondence, outreach to Chap 11 accountant, request 2023 tax returns | $ 450.00 | 0.3 | $ | 135.00 |
| Mark Dennis | 2/21/2026 | Review legal fees, chase chap 11 tax returns | $ 450.00 | 0.3 | $ | 135.00 |
| Mark Dennis | 2/24/2026 | 2nd follow up with chapter 11 accountant, brief trustee re: status | $ 450.00 | 0.2 | $ | 90.00 |
| Mark Dennis | 3/2/2026 | Brief trustee re: tax return history, entities, losses, implications | $ 450.00 | 0.3 | $ | 135.00 |
| Mark Dennis | 3/2/2026 | Call with BK accountant re: tax returns, entities, org chart, tax attributes | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 3/3/2026 | Respond to trustee re: proposed approach, implications, next steps | $ 450.00 | 0.3 | $ | 135.00 |
| Mark Dennis | 3/3/2026 | Revisit ledgers, email trustee with 3x alternative approaches for 2023 tax filings, pros and cons of each | $ 450.00 | 0.5 | $ | 225.00 |
| Mark Dennis | 3/12/2026 | Call with trustee re: bankruptcy tax return approaches, alternatives, agree strategy | $ 450.00 | 1.0 | $ | 450.00 |
| Mark Dennis | 3/12/2026 | Prepare tax disclosure footnote for initial 2023 return, organize workpapers, generate 2023 prep notes and assign | $ 450.00 | 1.2 | $ | 540.00 |
| Mark Dennis | 3/23/2026 | Finalize workpapers, assign 2023 and 2024 for prep | $ 450.00 | 0.5 | $ | 225.00 |
| Mariem Skalli | 3/23/2026 | Finalize the 2023 tax return package and get ready for signing and filing | $ 285.00 | 0.6 | $ | 171.00 |
| Mariem Skalli | 3/23/2026 | Prepare the 2023 BK tax return package forms 1040, 1041, CO 105, 104 attachment, special procedures letter and trustee letter | $ 285.00 | 1.5 | $ | 427.50 |
| Mark Dennis | 3/23/2026 | Review draft 2023 return, notes, update / finalize tax disclosures | $ 450.00 | 0.5 | $ | 225.00 |
| Mariem Skalli | 3/23/2026 | Processing 2023 Tax Return | $ 285.00 | 0.4 | $ | 114.00 |
| Mariem Skalli | 3/25/2026 | Finalize the 2024 BK tax return package and get ready for signing and filing | $ 285.00 | 0.6 | $ | 171.00 |
| Mariem Skalli | 3/25/2026 | Prepare the 2024 BK tax return package forms 1040, 1041, CO 105, 104 attachment, special procedures letter and trustee letter | $ 285.00 | 1.5 | $ | 427.50 |
| Mark Dennis | 3/25/2026 | Review 2024 draft, update asset sale accounting, tax disclosures, footnotes, assign to finalize | $ 450.00 | 1.0 | $ | 450.00 |
| Mariem Skalli | 3/25/2026 | Processing 2024 Tax Return | $ 285.00 | 0.4 | $ | 114.00 |

Lisa Nuzzi          3/25/2026

| | | | |
|---|---|---|---|
| Prepare narrative, invoice, fee application package for trustee | $ 345.00 | 0.6 | $ 207.00 |
| **TOTAL FEES** | | **17.5** | **$ 6,919.00** |

**EXPENSE DETAILS**

| | | |
|---|---|---|
| Photocopy expense | $ | 40.00 |
| Postage expense | $ | 10.00 |
| **TOTAL EXPENSES** | **$** | **50.00** |
| **TOTAL BALANCE DUE** | **$** | **6,969.00** |